B1 (Official Form 1) (4/10)

| United States Bankruptcy Court<br>Central District of California | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>WOLF MOUNTAIN RESORTS, L.C., a Utah limited liability company | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all):<br>87-0522346 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>1847 Camino Palmero Street<br>Los Angeles, CA 90046<br>ZIP CODE 90046-0000 | Street Address of Joint Debtor (No. & Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>Los Angeles | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above): 4000 Park West Drive Park City, UT 84068 ||

**Type of Debtor** (Form of Organization) (Check one box.)
- [ ] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Tax-Exempt Entity** (Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

**Filing Fee** (Check one box.)
- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [x] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*

Check all applicable boxes:
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**                    THIS SPACE IS FOR COURT USE ONLY
- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] |

Estimated Debts

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] |

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>WOLF MOUNTAIN RESORTS, L.C., a Utah limited liability company |
|---|---|

| All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet.) |||
|---|---|---|
| Location Where Filed: - None - | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet.) |||
|---|---|---|
| Name of Debtor: - None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.) |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br>X _____<br>    Signature of Attorney for Debtor(s)        (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>WOLF MOUNTAIN RESORTS, L.C., a Utah limited liability company |
|---|---|

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br><br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>Signature of Debtor<br>X _____<br>Signature of Joint Debtor<br><br>_____<br>Telephone Number (If not represented by attorney)<br><br>_____<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only one box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>(Signature of Foreign Representative)<br><br>_____<br>(Printed Name of Foreign Representative)<br><br>_____<br>Date |
| **Signature of Attorney***<br>X /s/ Mark S. Horoupian<br>Signature of Attorney for Debtor(s)<br>Mark S. Horoupian (State Bar No. 175373)<br>Printed Name of Attorney for Debtor(s)<br>SulmeyerKupetz<br>Firm Name<br>333 South Hope Street<br>35th Floor<br>Los Angeles, CA 90071-1406<br>Address<br><br>213.626.2311 Fax:213.629.4520<br>Telephone Number<br>May 9, 2011<br>Date<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | **Signature of Non-Attorney Bankruptcy Petition Preparer**<br><br>I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)<br><br>_____<br>Address<br>X _____<br>_____<br>Date |
| **Signature of Debtor (Corporation/Partnership)**<br>I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br>X /s/ Kenneth W. Griswold<br>Signature of Authorized Individual<br>Kenneth W. Griswold<br>Printed Name of Authorized Individual<br>Managing Member<br>Title of Authorized Individual<br>May 9, 2011<br>Date | Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.* |

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Central District of California

In re   WOLF MOUNTAIN RESORTS, L.C., a Utah limited liability company                     Case No. _____
                                                    Debtor(s)                              Chapter    11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| ASC Utah, Inc.<br>Attn: Alan Macewan<br>Post Office Box 586<br>Portland, ME 04112 | ASC Utah, Inc.<br>Attn: Alan Macewan<br>Post Office Box 586<br>Portland, ME 04112<br><br>John R. Lund, Esq.<br>Kara L. Pettit, Esq.<br>SNOW, CHRISTENSEN & MARTINEAU<br>10 Exchange Place, Eleventh Floor<br>P.O. Box 45000<br>Salt Lake City, Utah 84145-5000<br>801-521-9000<br><br>John P. Ashton, Esq.<br>Clark K. Taylor, Esq.<br>VAN COTT, BAGLEY, CORNWALL & McCARTHY<br>36 South State Street, Suite 1900<br>P.O. Box 45340<br>Salt Lake City, UT 84145-0340<br>Telephone: 801-532-3333<br>jashton@vancott.com<br>ctaylor@vancott.com | Breach of Contract Claim | Disputed | 55,000,000.00 |
| DA Osguthorpe Family Partnership<br>c/o David Scofield<br>Parleys Corporate Center, #115<br>2455 Parleys Way<br>Salt Lake City, UT 84109 | DA Osguthorpe Family Partnership<br>c/o David Scofield<br>Parleys Corporate Center, #115<br>Salt Lake City, UT 84109 | Breach of Contract claim | Disputed | 40,000,000.00 |
| Park City West & Associates<br>Attn: Joseph Krofcheck<br>18300 Von Karman<br>Suite 850<br>Irvine, CA 92715 | Park City West & Associates<br>Attn: Joseph Krofcheck<br>4535 Den Haag Road<br>Warrenton, VA 20187 | Claim for Breach of Contract Disputed | | 20,000,000.00 |

B4 (Official Form 4) (12/07) - Cont.

In re  WOLF MOUNTAIN RESORTS, L.C., a Utah limited liability company
                                Debtor(s)

Case No. _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Summit County<br>Attn: David Thomas, Esq.<br>60 North Main Street<br>Coalville, UT 84017 | Summit County<br>Attn: David Thomas, Esq.<br>60 North Main Street<br>Coalville, UT 84017<br>435-336-3200 | Property Tax Liability | Disputed | 4,000,000.00 |
| Fairstar Resources, Ltd. U3<br>Attn: Alan Thomas<br>136 Main Street<br>Osborne Park WA 6017<br>Australia | Fairstar Resources, Ltd. U3<br>Attn: Alan Thomas<br>136 Main Street<br>Australia<br>(08) 9242 5111 | Debt | | 1,250,000.00 |
| Stephen Osguthorpe<br>c/o David Scofield<br>Parleys Corporate Center, #115<br>2455 Parleys Way<br>Salt Lake City, UT 84109 | Stephen Osguthorpe<br>c/o David Scofield<br>Parleys Corporate Center, #115<br>Salt Lake City, UT 84109 | Breach of Contract claim and services debt | Disputed | 1,200,000.00 |
| Kirton & McConkie<br>Attn: David Wahlquist<br>1800 Eagle Gate Tower<br>Post Office Box 45120<br>Salt Lake City, UT 84111 | Kirton & McConkie<br>Attn: David Wahlquist<br>1800 Eagle Gate Tower<br>Salt Lake City, UT 84111<br>801-328-3600 | Legal Services | | 820,000.00 |
| William Harris<br>Post Office Box 233<br>Rosseau<br>ON POC 1JO<br>Canada | William Harris<br>Post Office box 233<br>Rosseau<br>Canada<br>705-732-6390 | Loan | | 250,000.00 |
| Robert Chiste<br>5390 Triangle Parkway<br>Norcross, GA 30092 | Robert Chiste<br>5390 Triangle Parkway<br>Norcross, GA 30092<br>678-392-4954 | Loan | | 250,000.00 |
| Stone and Magnanini<br>Attn: David Stone<br>575 Lexington Avenue<br>New York, NY 10022 | Stone and Magnanini<br>Attn: David Stone<br>575 Lexington Avenue<br>New York, NY 10022<br>212-644-5854 | Arbitration Award | Disputed | 126,000.00 |
| Sage Forensic Accounting<br>Attn: Dirk Rassumesen<br>136 East South Temple<br>Suite 2220<br>Salt Lake City, UT 84111 | Sage Forensic Accounting<br>Attn: Dirk Rassumesen<br>136 East South Temple<br>Salt Lake City, UT 84111<br>801-531-0400 | Services Debt | | 105,559.54 |
| Moore & Associates<br>96 East Broad<br>Suite 7<br>Eugene, OR 97401 | Moore & Associates<br>96 East Broad<br>Suite 7<br>Eugene, OR 97401<br>541-345-2691 | Services Debt | | 87,000.00 |

Case 2:11-bk-30162-PC    Doc 1    Filed 05/09/11    Entered 05/09/11 13:33:45    Desc
Main Document    Page 6 of 18

B4 (Official Form 4) (12/07) - Cont.

In re   WOLF MOUNTAIN RESORTS, L.C., a Utah limited liability company

Debtor(s)

Case No. _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Distinctive Homes, Inc.<br>Attn: Shawn Potter<br>2 South Main Street<br>2D<br>Heber City, UT 84032 | Distinctive Homes, Inc.<br>Attn: Shawn Potter<br>2 South Main Street<br>Heber City, UT 84032 | Construction Materials and Services Mechanics Lien | | 79,755.09 |
| Highland Excavating, Inc.<br>Attn: Ryan M. Nord<br>222 South Main Street<br>Suite 1800<br>Salt Lake City, UT 84101 | Highland Excavating, Inc.<br>Attn: Ryan M. Nord<br>222 South Main Street<br>Salt Lake City, UT 84101 | Construction Materials and Services Mechanics Lien | | 69,486.12 |
| Vicky Fitlow<br>591 Summit Drive<br>Park City, UT 84098 | Vicky Fitlow<br>591 Summit Drive<br>Park City, UT 84098<br>801-597-9281 | Services Debt | | 55,000.00 |
| Build, Inc.<br>Attn: Erik Hendriksen<br>5190 West 700 South<br>Salt Lake City, UT 84104 | Build, Inc.<br>Attn: Erik Hendriksen<br>5190 West 700 South<br>Salt Lake City, UT 84104 | Construction Materials and Services Mechanics Lien | | 39,529.44 |
| Grazo Electric, Inc.<br>c/o Chapman and Cutler<br>201 South Main<br>Suite 2000<br>Salt Lake City, UT 84111 | Grazo Electric, Inc.<br>c/o Chapman and Cutler<br>201 South Main<br>Salt Lake City, UT 84111 | Construction Materials and Services Mechanics Lien | | 18,849.44 |
| Allied Building Products<br>Attn: Kevin L. Hillier<br>15450 Southwest Boones Ferry<br>Suite 9-500<br>Lake Oswego, OR 97035 | Allied Building Products<br>Attn: Kevin L. Hillier<br>15450 Southwest Boones Ferry<br>Lake Oswego, OR 97035<br>503-636-0495 | Construction Materials and Services | Disputed | 13,444.43 |
| Consolidated Electrical Distrib.<br>Attn: J. Seth Bremer<br>1819 South 900<br>Salt Lake City, UT 84104 | Consolidated Electrical Distrib.<br>Attn: J. Seth Bremer<br>1819 South 900<br>Salt Lake City, UT 84104 | Construction Materials and Services Mechanics Lien | | 7,148.00 |
| Troy Vincent Golf Course Designs<br>2437 McDowell Street<br>Augusta, GA 30904 | Troy Vincent Golf Course Designs<br>2437 McDowell Street<br>Augusta, GA 30904<br>561-339-1249 | Services Debt | | 6,246.66 |

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B4 (Official Form 4) (12/07) - Cont.

In re    WOLF MOUNTAIN RESORTS, L.C., a Utah limited liability company    Case No.    _____
    Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

   I, the Managing Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date    May 9, 2011            Signature    /s/ Kenneth W. Griswold
                                            Kenneth W. Griswold
                                            Managing Member

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Verification of Creditor Mailing List - (Rev. 10/05)                                    2005 USBC, Central District of California

# MASTER MAILING LIST
## Verification Pursuant to Local Bankruptcy Rule 1007-2(d)

Name    Mark S. Horoupian, Esq. (CA State Bar No. 175373)/SulmeyerKupetz, A Professional Corporation

Address    333 South Hope Street 35th Floor Los Angeles, CA 90071-1406

Telephone    213.626.2311 Fax: 213.629.4520

☒ Attorney for Debtor(s)
☐ Debtor in Pro Per

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

| List all names including trade names used by Debtor(s) within last 8 years: WOLF MOUNTAIN RESORTS, L.C. | Case No.: |
| --- | --- |
| | Chapter: 11 |

## VERIFICATION OF CREDITOR MAILING LIST

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of __9__ sheet(s) is complete, correct, and consistent with the debtor's schedules pursuant to Local Rule 1007-2(d) and I/we assume all responsibility for errors and omissions.

Date: __May 9, 2011__    /s/ Kenneth W. Griswold
                         Kenneth W. Griswold/Managing Member
                         Signer/Title

WOLF MOUNTAIN RESORTS, L.C., a Utah limited liability com
1847 Camino Palmero Street
Los Angeles, CA 90046

Mark S. Horoupian (State Bar No.
SulmeyerKupetz
333 South Hope Street
35th Floor
Los Angeles, CA 90071-1406

OUST-LA
725 South Figueroa Street,
26th Floor
Los Angeles, CA 90017

Allied Building Products
Attn: Kevin L. Hillier
15450 Southwest Boones Ferry
Suite 9-500
Lake Oswego, OR 97035


American Skiing Resort Properties


Andres Diaz
307 West 200 South
Suite 2004
Salt Lake City, UT 84101


ASC Utah, Inc.
Attn: Alan Macewan
Post Office Box 586
Portland, ME 04112


Beaver Creek Associates


Boyd Kimball Dyer
55555 Montgomery Drive
No. 39
Santa Rosa, CA 95409


Brundage Bone Concrete Pumping
Attn: Jamie Nielsen
700 South 350
Pleasant Grove, UT 84062


Build, Inc.
Attn: Erik Hendriksen
5190 West 700 South
Salt Lake City, UT 84104

Camino Palmero West, LLC
1847 Camino Palmero
Los Angeles, CA 90046


Consolidated Electrical Distrib.
Attn: J. Seth Bremer
1819 South 900
Salt Lake City, UT 84104


DA Osguthorpe Family Partnership
c/o David Scofield
Parleys Corporate Center, #115
2455 Parleys Way
Salt Lake City, UT 84109


David Scofield
Parleys Corporate Center, #115
2455 Parleys Way
Salt Lake City, UT 84109


Distinctive Homes, Inc.
Attn: Shawn Potter
2 South Main Street
2D
Heber City, UT 84032


Employment Development Department
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001


Environmental Protection Agency
75 Hawthorne Street
San Francisco, CA 94105


Fairstar Resources, Ltd. U3
Attn: Alan Thomas
136 Main Street
Osborne Park WA 6017
Australia

Franchise Tax Board
Bankruptcy Unit
Post Office Box 2952
Sacramento, CA 95812


Gerald Friedman


Grazo Electric, Inc.
c/o Chapman and Cutler
201 South Main
Suite 2000
Salt Lake City, UT 84111


Greenwich Holdings, L.L.C.
1847 Camino Palmero
Los Angeles, CA 90046


Gregory A. Dean


Highland Excavating, Inc.
Attn: Ryan M. Nord
222 South Main Street
Suite 1800
Salt Lake City, UT 84101


Hirsch & Westheimer, P.C.
700 Louisiana Street
Houston, TX 77002


Hunter Global Ventures
c/o National Registered Agents
106 Greentree Drive
Suite 101
Dover, DE 19904

IHC Hospitals, Inc.


Internal Revenue Service
Ogden, UT 84201


Internal Revenue Service
Insolvency I Stop 5022
300 North Los Angeles St., Rm 4062
Los Angeles, CA 90012-9903


Iron Mountain Associates, LLC


John P. Ashton/Clark K. Taylor
Van Cott, Bagley, Cornwall, et al.
36 South State Street, Suite 1900
Post Office box 45340
Salt Lake City, UT 84145


John R. Lund/Kara L. Pettit, Esqs.
Snow, Christensen & Martineau
10 Exchange Place, Eleventh Floor
Post Office Box 45000
Salt Lake City, UT 84145


Joseph Krofcheck
4535 Den Haag Road
Warrenton, VA 20187


Kenneth Griswold
1847 Camino Palmero
Los Angeles, CA 90046

Kirton & McConkie
Attn: David Wahlquist
1800 Eagle Gate Tower
Post Office Box 45120
Salt Lake City, UT 84111


Kyle Williams, On Behalf Of
Jesse Williams Grand Junction


Leslee Spoor


Mimi Kim
1847 Camino Palmero
Los Angeles, CA 90046


Moore & Associates
96 East Broad
Suite 7
Eugene, OR 97401


Nolte Associates, Inc.
Attn: Ryan Bradley
2495 Natomas Park Drive
No. 4
Sacramento, CA 95833


Olympus Construction, LLC
Attn: Karl Andreason
2143 Aerie Heights Cove
Sandy, UT 84092


Park City West & Associates
Attn: Joseph Krofcheck
18300 Von Karman
Suite 850
Irvine, CA 92715

Park City West & Associates
Attn: Joseph Krofcheck
4535 Den Haag Road
Warrenton, VA 20187


R&S Partners
3322 Albans
Houston, TX 77002


Robert Chiste
5390 Triangle Parkway
Norcross, GA 30092


Rylander, Clay & Opitz, LLP
3200 Riverfront Drive
Suite 200
Fort Worth, TX 76107


Sage Forensic Accounting
Attn: Dirk Rassumesen
136 East South Temple
Suite 2220
Salt Lake City, UT 84111


State of California
Franchise Tax Board
300 South Spring Street
Suite 5704
Los Angeles, CA 90013


State of Utah
School & Institutional Trust Lands


Stephen Osguthorpe
c/o David Scofield
Parleys Corporate Center, #115
2455 Parleys Way
Salt Lake City, UT 84109

Steven J. Frazier
c/o James Chalat
1900 Grant Street
Suite 1050
Denver, CO 80203


Stone and Magnanini
Attn: David Stone
575 Lexington Avenue
New York, NY 10022


Suitter Axland PLLC
Attn: Mike Homer
8 East Broadway, Suite 200
Post Office Box 510506
Salt Lake City, UT 84151


Summit County
Attn: David Thomas, Esq.
60 North Main Street
Coalville, UT 84017


Summit County
Attn: David Thomas, Esq.
Post Office Box 128
Coalville, UT 84017


Summit Water Distribution Company
6400 Pace Frontage Road
Suite A
Park City, UT 84098


The Canyons Resort Village
Management Association
1777 Sun Peak Drive
Suite 130-B
Park City, UT 84098


Troy Vincent Golf Course Designs
2437 McDowell Street
Augusta, GA 30904

Utah State Tax Commission
210 North 1950 West
Salt Lake City, UT 84134


Vicky Fitlow
591 Summit Drive
Park City, UT 84098


Wasatch Capital Corporation
3322 Albans
Houston, TX 77002


Wasatch Resorts Holdings, LLC
3322 Albans
Houston, TX 77002


William Harris
Post Office Box 233
Rosseau
ON P0C 1J0
Canada


William Lincoln Sports

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Mark S. Horoupian, Esq. (CA State Bar No. 175373)<br>SulmeyerKupetz<br>333 South Hope Street<br>35th Floor<br>Los Angeles, CA 90071-1406<br>213.626.2311 Fax: 213.629.4520<br><br>☒ Attorney for: Wolf Mountain Resorts, L.C. | |
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | |
| In re:<br><br>WOLF MOUNTAIN RESORTS, L.C.<br><br>                                                                Debtor(s). | CASE NO.:<br>CHAPTER: 11<br>ADV. NO.: |

## ELECTRONIC FILING DECLARATION
### (CORPORATION/PARTNERSHIP)

| | | |
|---|---|---|
| ☒ | Petition, statement of affairs, schedules or lists | Date Filed: May 9, 2011 |
| ☐ | Amendments to the petition, statement of affairs, schedules or lists | Date Filed: |
| ☐ | Other: | Date Filed: |

**PART I - DECLARATION OF AUTHORIZED SIGNATORY OF DEBTOR OR OTHER PARTY**

I, the undersigned, hereby declare under penalty of perjury that: (1) I have been authorized by the Debtor or other party on whose behalf the above-referenced document is being filed (Filing Party) to sign and to file, on behalf of the Filing Party, the above-referenced document being filed electronically (Filed Document); (2) I have read and understand the Filed Document; (3) the information provided in the Filed Document is true, correct and complete; (4) the "/s/," followed by my name, on the signature lines for the Filing Party in the Filed Document serves as my signature on behalf of the Filing Party and denotes the making of such declarations, requests, statements, verifications and certifications by me and by the Filing Party to the same extent and effect as my actual signature on such signature lines; (5) I have actually signed a true and correct hard copy of the Filed Document in such places on behalf of the Filing Party and provided the executed hard copy of the Filed Document to the Filing Party's attorney; and (6) I, on behalf of the Filing Party, have authorized the Filing Party's attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California.

_____     May 9, 2011
*Signature of Authorized Signatory of Filing Party*           Date

Kenneth W. Griswold
*Printed Name of Authorized Signatory of Filing Party*

Managing Member
*Title of Authorized Signatory of Filing Party*

**PART II - DECLARATION OF ATTORNEY FOR FILING PARTY**

I, the undersigned Attorney for the Filing Party, hereby declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Filing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) an authorized signatory of the Filing Party signed the *Declaration of Authorized Signatory of Debtor or Other Party* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature of the authorized signatory of the Filing Party in the locations that are indicated by "/s/," followed by the name of the Filing Party's authorized signatory, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration*, the *Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this *Declaration*, the *Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document available for review upon request of the Court or other parties.

_____     May 9, 2011
*Signature of Attorney for Filing Party*             Date

Mark S. Horoupian (CA State Bar No. 175373)
SulmeyerKupetz, A Professional Corporation
*Printed Name of Attorney for Filing Party*

---

November 2006

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.