```
 1  GARY E. KLAUSNER (State Bar No. 69077)
    gklausner@stutman.com
 2  SCOTT H. YUN (State Bar No. 185190)
    syun@stutman.com
 3  STUTMAN, TREISTER & GLATT
    PROFESSIONAL CORPORATION
 4  1901 Avenue of the Stars, 12th Floor
    Los Angeles, California 90067
 5  Telephone:  (310) 228-5600
    Facsimile:  (310) 228-5788
 6
    CLARK K. TAYLOR (State Bar No. 182438)
 7  ctaylor@vancott.com
    VAN COTT, BAGLEY CORNWALL & McCARTHY, P.C.
 8  36 South State Street, Suite 1900
    Salt Lake, Utah 84111
 9  Telephone:  (801) 237-0425
    Facsimile:  (801) 237-0888
10
    Attorneys for ASC Utah, LLC
11
```

**FILED MAY 17 2011** — CLERK, U.S. BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA, BY: Deputy Clerk

**ENTERED MAY 17 2011** — CLERK U.S. BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA, BY: Deputy Clerk

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

| | |
|---|---|
| In re | Case No. 2:11-bk-30162-PC |
| | Chapter 11 |
| WOLF MOUNTAIN RESORTS, L.C., a Utah limited liability company, | **ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY TO ASU UTAH, LLC PURSUANT TO SECTION 362(d) OF THE BANKRUPTCY CODE** |
| Debtor. | |
| | Hearing |
| | Date: May 17, 2011 |
| | Time: 11:00 a.m. |
| | Place: Courtroom 1539 |
| |        255 E. Temple Street |
| |        Los Angeles, CA 90012 |

1  On May 17, 2011 at 11:00 a.m., before the Honorable Peter H. Carroll, United States Bankruptcy Judge, in Courtroom 1539, located at 255 E. Temple Street, Los Angeles, California, a hearing took place on the "Emergency Motion for Order: (1) Dismissing the Chapter 11 Case Pursuant to Sections 305(a) and 1112(b) of the Bankruptcy Code; (2) Barring the Debtor from Refiling for Bankruptcy for 90 Days Pursuant to Sections 105(a) and 349(a) of the Bankruptcy Code; or (3) in the Alternative, for Relief from the Automatic Stay" (the "Motion") filed by ASC Utah, LLC ("ASCU").  Appearances are reflected on the Court's record at the hearing.

The Court having reviewed all of the pleadings filed in connection with the Motion and having considered all evidence and argument pertaining thereto and the records and files in this case, having made certain findings of fact on the record at the hearing and, in particular, having found good cause for granting relief from the automatic stay;

**IT IS HEREBY ORDERED** that relief from the automatic stay is hereby granted (1) under Section 362(d) of the Bankruptcy Code to allow ASCU to seek an extension of the *and permit the Utah State Court to order* prejudgment writ of attachment issued by the Utah court on May 5, 2011, *limited as to any property attached prior to Debtor's filing of the Chapter 11 petition — down debtor assets* and to conclude all matters (2) directly related to ~~the recently-ended seven-week jury trial in~~ *a* Consolidated Case No. 060500297 pending before the Third Judicial District Court in Summit County, State of Utah, including, but not limited to: entering a ~~final~~ *a* judgment against Wolf Mountain Resorts, L.C. ("Debtor"); awarding attorneys' fees, costs and interest under Utah law; ~~rendering final~~ *determining whether* ~~any~~ judgment *should be + is final* under Rule 54(b) of the Utah Rules of Civil Procedure or otherwise; ruling upon any post-trial motions under Rules 59 and 60 of the Utah Rules of Civil Procedure; and rendering rulings on the pending declaratory claims between the Debtor and ASCU and on the pending equitable claims for relief alleged by Osguthorpes to the extent the declaratory or other equitable claims are based upon the evidence presented during the

*to allow ASCU, Debtor, the Osguthorpe parties or all other necessary parties*

550904v3

2

1  trial or via summary judgment motions prior to May 9, 2011. ~~The foregoing Order granting relief from the automatic stay does not apply to any appeal by Debtor from the jury verdict or related final judgment.~~

*[Handwritten amendment:]* The foregoing order granting relief from the automatic stay includes any appeal and the Utah court may determine the appropriate amount of a supersedeas bond related thereto, including a bond required of debtor/ASCU or the ossutherand parties for purposes of appeal. The 14 day waiver of enforcement of this order is hereby waived. Relief from stay is not granted to permit ASCU to enforce judgment or take possession of property of the Debtor's bankruptcy estate without further order of the court.

Dated: May 17, 2011

THE HONORABLE PETER H. CARROLL
UNITED STATES BANKRUPTCY JUDGE

Respectfully Submitted By:

/s/ Scott H. Yun
GARY E. KLAUSNER, and
SCOTT H. YUN, Members of
STUTMAN, TREISTER & GLATT, P.C.

And

CLARK K. TAYLOR
VAN COTT, BAGLEY, CORNWALL & McCARTHY, P.C.
Attorneys for ASC Utah, LLC

*[Handwritten:]* Approved as to form:
Sulmeyer Kupetz
[signature]

550904v3

3

| In re: | CHAPTER 11 |
|---|---|
| Wolf Mountain Resorts, L.C. | |
| Debtor(s). | CASE NUMBER 2:11-bk-30162-PC |

### NOTE TO USERS OF THIS FORM:

1) Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
2) The title of the judgment or order and all service information must be filled in by the party lodging the order.
3) **Category I. below:** The United States trustee and case trustee (if any) will always be in this category.
4) **Category II. below:** List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

## NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify* **ORDER GRANTING RELIEF FORM THE AUTOMATIC STAY TO ASU UTAH, LLC PURSUANT TO SECTION 362(D) OF THE BANKRUPTCY COURT** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** B Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of May 16, 2011, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

Mark S Horoupian on behalf of Debtor Wolf Mountain Resorts
mhoroupian@sulmeyerlaw.com, kfox@sulmeyerlaw.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

Russell Clementson on behalf of U.S. Trustee United States Trustee (LA)
russell.clementson@usdoj.gov

Scott H. Yun on behalf of ASC Utah, LLC
syun@stutman.com

☐   Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

Mark S. Horoupian
David Kupetz
SulmeyerKupetz
South Hope Street
35th Floor
Los Angeles, CA 90071-1406

Scott H. Yun
Stutman, Treister & Glatt
1901 Avenue of the Stars
Suite 1200
Los Angeles, CA 90067

☐   Service information continued on attached page

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010
550904v3

**F 9021-1.1.NOTICE.ENTERED.ORDER**
4

| In re:<br>Wolf Mountain Resorts, L.C.<br>Debtor(s). | CHAPTER 11<br>CASE NUMBER 2:11-bkk-30162-PC |
|---|---|

**III. TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

See attached list

☐  Service information continued on attached page

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010
550904v3

F 9021-1.1.NOTICE.ENTERED.ORDER

5

Debtor and 20 largest
Wolf Mountain Resorts/ASC Utah LLC
6371.000
Document no. 550841

Mark S. Horoupian
David Kupetz
SulmeyerKupetz
South Hope Street
35th Floor
Los Angeles, CA 90071-1406

Russell Clementson
OUST-LA
725 South Figueroa Street, 26th Floor
Los Angeles, CA 90017

ASC Utah, Inc.
Attn: Alan Macewan
Post Office Box 586
Portland, ME 04112

DA Osguthorpe Family Partnership
do David Scofield
Parleys Corporate Center, #115
2455 Parleys Way
Salt Lake City, UT 84109

Park City West & Associates
Attn: Joseph Krofcheck
18300 Von Karmen
Suite 850
Irvine, CA 92715

Summit County
Attn: David Thomas, Esq.
60 North Main Street
Coalville, UT 84017

Fairstar Resources, Ltd. U3
Attn: Alan Thomas
136 Main Street
Osborne Park WA 6017
Australia

Stephen Osguthorpe
c/o David Scofield
Parleys Corporate Center, #115
2455 Parleys Way
Salt Lake City, UT 84109

Kirton & McConkie
Attn: David Wahlquist
1800 Eagle Gate Tower
Post Office Box 45120
Salt Lake City, UT 84111

William Harris
Post Office Box 233
Rosseau
ON POC 1JO
Canada

Robert Chiste
5390 Triangle Parkway
Norcross, GA 30092

Stone and Magnanini
Attn: David Stone
575 Lexington Avenue
New York, NY 10022

Sage Forensic Accounting
Attn: Dirk Rassumesen
136 East South Temple
Suite 2220
Salt Lake City, UT 84111

Moore & Associates
96 East Broad
Suite 7
Eugene, OR 97401

Distinctive Homes, Inc.
Attn: Shawn Potter
2 South Main Street
2D
Heber City, UT 84032

Highland Excavating, Inc.
Attn: Ryan M. Nord
222 South Main Street
Suite 1800
Salt Lake City, UT 84101

Vicky Fitlow
591 Summit Drive
Park City, UT 84098

Build, Inc.
Attn: Erik Hendriksen
5190 West 700 South
Salt Lake City, UT 84104

Grazo Electric, Inc.
do Chapman and Cutler
201 South Main
Suite 2000
Salt Lake City, UT 84111

Allied Building Products
Attn: Kevin L. Hillier
15450 Southwest Boones Ferry
Suite 9-500
Lake Oswego, OR 97035

Consolidated Electrical Distrib.
Attn: J. Seth Bremer
1819 South 900
Salt Lake City, UT 84104

Troy Vincent Golf Course Designs
2437 McDowell Street
Augusta, GA 30904

Wolf Mountain Resorts/ASC Utah LLC
6371.000
Document no. 550828

Allied Building Products
Attn: Kevin L. Hillier
15450 Southwest Boones Ferry
Suite 9-500
Lake Oswego, OR 97035

American Skiing Resort Properties

Andres Diaz
307 West 200 South
Suite 2004
Salt Lake City, UT 84101

ASC Utah, Inc.
Attn: Alan Macewan
Post Office Box 586
Portland, ME 04112

Beaver Creek Associates

Boyd Kimball Dyer
55555 Montgomery Drive No. 39
Santa Rosa, CA 95409

Brundage Bone Concrete Pumping
Attn: Jamie Nielsen
700 South 350
Pleasant Grove, UT 84062

Build, Inc.
Attn: Erik Hendriksen
5190 West 700 South
Salt Lake City, UT 84104

Camino Palmero West, LLC
1847 Camino Palmero
Los Angeles, CA 90046

Consolidated Electrical Distrib.
Attn: J. Seth Bremer
1819 South 900
Salt Lake City, UT 84104

DA Osguthorpe Family Partnership
c/o David Scofield
Parleys Corporate Center, ##115
2455 Parleys Way
Salt Lake City, UT 84109

David Scofield
Parleys Corporate Center, ##115
2455 Parleys Way
Salt Lake City, UT 84109

Distinctive Homes, Inc.
Attn: Shawn Potter
2 South Main Street
2D
Heber City, UT 84032

Employment Development Department
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001

Environmental Protection Agency
5 Hawthorne Street
San Francisco, CA 94105

Fairstar Resources, Ltd. U3
Attn: Alan Thomas
136 Main Street
Osborne Park WA 6017
Australia

Franchise Tax Board
Bankruptcy Unit
Post Office Box 2952
Sacramento, CA 95812

Gerald Friedman

Grazo Electric, Inc.
c/o Chapman and Cutler
201 South Main
Suite 2000
Salt Lake City, UT 84111

Greenwich Holdings, L.L.C.
1847 Camino Palmero
Los Angeles, CA 90046

Gregory A. Dean

Highland Excavating, Inc.
Attn: Ryan M. Nord
222 South Main Street
Suite 1800
Salt Lake City, UT 84101

Hirsch & Westheimer, P.C.
700 Louisiana Street
Houston, TX 77002

Hunter Global Ventures
c/o National Registered Agents
106 Greentree Drive
Suite 101
Dover, DE 19904

IHC Hospitals, Inc.

Internal Revenue Service
Ogden, UT 84201

Internal Revenue Service
Insolvency I Stop 5022
300 North Los Angeles St.,
Rm 4062
Los Angeles, CA 90012-9903

Iron Mountain Associates, LLC

John P. Ashton/Clark K. Taylor
Van Cott, Bagley, Cornwall, et al.
36 South State Street, Suite 1900
Post Office Box 45340
Salt Lake City, UT 84145

John R. Lund/Kara L. Pettit, Esqs.
Snow, Christensen & Martineau
10 Exchange Place, Eleventh Floor
Post Office Box 45000
Salt Lake City, UT 84145

Joseph Krofcheck
4535 Den Haag Road
Warrenton, VA 20187

Kenneth Griswold
1847 Camino Palmero
Los Angeles, CA 90046

Kirton & McConkie
Attn: David Wahiquist
180D Eagle Gate Tower
Post Office Box 45120
Salt Lake City, UT 84111

Kyle Williams, On Behalf Of Jesse Williams Grand Junction

Leslee Spoor

Mimi Kim
1847 Camino Palmero
Los Angeles, CA 90046

Moore & Associates
96 East Broad
Suite 7
Eugene, OR 97401

Nolte Associates, Inc.
Attn: Ryan Bradley
2495 Natomas Park Drive No. 4
Sacramento, CA 95833

Olympus Construction, LLC
Attn: Karl Andreason
2143 Aerie Heights Cove
Sandy, UT 84092

Park City West & Associates
Attn: Joseph Krofcheck
18300 Von Karman
Suite 850
Irvine, CA 92715

Park City West & Associates
Attn: Joseph Krofcheck
4535 Den Haag Road
Warrenton, VA 20187

R&S Partners
3322 Albans
Houston, TX 77002

Robert Chiste
5390 Triangle Parkway
Norcross, GA 30092

Rylander, Clay & Opitz, LLP
3200 Riverfront Drive
Suite 200
Fort Worth, TX 76107

Sage Forensic Accounting
Attn: Dirk Rassumesen
136 East South Temple
Suite 2220
Salt Lake City, UT 84111

State of California Franchise Tax Board
300 South Spring Street
Suite 5704
Los Angeles, CA 90013

State of Utah
School & Institutional Trust Lands

Stephen Osguthorpe
c/o David Scofield
Parleys Corporate Center, #115
2455 Parleys Way
Salt Lake City, UT 84109

Steven J. Frazier
c/o James Chalat
1900 Grant Street
Suite 1050
Denver, CO 80203

Stone and Magnanini
Attn: David Stone
575 Lexington Avenue
New York, NY 10022

Suitter Axland PLLC
Attn: Mike Homer
8 East Broadway,
Suite 200
Post Office Box 510506
Salt Lake City, UT 84151

Summit County
Attn: David Thomas, Esq.
60 North Main Street
Coalville, UT 84017

Summit County
Attn: David Thomas, Esq.
Post Office Box 128
Coalville, UT 84017

Summit Water Distribution Company
6400 Pace Frontage Road
Suite A
Park City, UT 84098

The Canyons Resort Village Management Association
1777 Sun Peak Drive
Suite 130-B
Park City, UT 84098

Troy Vincent Golf Course Designs
2437 McDowell Street
Augusta, GA 30904

Utah State Tax Commission
210 North 1950
West Salt Lake City, UT 84134

Vicky Fitlow
591 Summit Drive
Park City, UT 84098

Wasatch Capital Corporation
3322 Albans
Houston, TX 77002

Wasatch Resorts Holdings, LLC
3322 Albans
Houston, TX 77002

William Harris
Post Office Box 233 Rosseau
ON POC 1J0
Canada

William Lincoln Sports