FILED & ENTERED

MAY 17 2011

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY egarcia    DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re: | Case No. 2:11-bk-30162-PC |
| WOLF MOUNTAIN RESORTS, L.C., | Chapter 11 |
| | **ORDER ON EMERGENCY MOTION FOR ORDER: (1) DISMISSING CHAPTER 11 CASE PURSUANT TO SECTIONS 305(a) AND 1112(b) OF THE BANKRUPTCY CODE; (2) BARRING THE DEBTOR FROM REFILING BANKRUPTCY FOR 90 DAYS PURSUANT TO SECTIONS 105(a) AND 349(a) OF THE BANKRUPTCY CODE; OR (3) IN THE ALTERNATIVE, FOR ORDER FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. SECTION 362** |
| | Date: May 17, 2011<br>Time: 11:00 a.m.<br>Place: U.S. Bankruptcy Court<br>Courtroom # 1539<br>255 East Temple Street<br>Los Angeles, CA 90012 |
| Debtor. | |

On the above captioned date and time, the court considered the emergency motion of ASC Utah LLC ("ASCU") for an order (1) dismissing this case pursuant to 11 U.S.C. §§ 305(a) and 1112(b); (2) barring the Debtor from re-filing for bankruptcy for 90 days pursuant to 11 U.S.C. §§ 105(a) and 349(a); or (3) in the alternative, for an order granting relief from the automatic stay under 11 U.S.C. § 362 ("Motion"). Appearances were entered on the record. Having considered the pleadings, evidentiary record, and argument of counsel, and having granted the relief sought by ASCU under 11 U.S.C. § 362 by separate order of even date herewith, and based upon findings of fact and conclusions of law stated orally and recorded in

open court pursuant to F.R.Civ.P. 52(a), as incorporated into FRBP 7052 and applied to contested matters by FRBP 9014(c), it is

ORDERED that ASCU's Motion with respect to the dismissal sought under 11 U.S.C. §§ 305(a) and 1112(b) and the bar to re-filing requested pursuant to 11 U.S.C. §§ 105(a) and 349(a) is denied without prejudice.

###

DATED: May 17, 2011

United States Bankruptcy Judge

**NOTE TO USERS OF THIS FORM**:

**1)** Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
**4) Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*   ORDER ON EMERGENCY MOTION FOR ORDER: (1) DISMISSING CHAPTER 11 CASE PURSUANT TO SECTIONS 305(a) AND 1112(b) OF THE BANKRUPTCY CODE; (2) BARRING THE DEBTOR FROM REFILING BANKRUPTCY FOR 90 DAYS PURSUANT TO SECTIONS 105(a) AND 349(a) OF THE BANKRUPTCY CODE; OR (3) IN THE ALTERNATIVE, FOR ORDER FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. SECTION 362  was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of  05/17/11  , the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- Russell Clementson    russell.clementson@usdoj.gov
- Mark S Horoupian    mhoroupian@sulmeyerlaw.com, kfox@sulmeyerlaw.com
- David S Kupetz    dkupetz@sulmeyerlaw.com, jbartlett@sulmeyerlaw.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Scott H Yun    syun@stutman.com

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page