WOLF MOUNTAIN RESORTS, L.C.
UNANIMOUS WRITTEN CONSENT OF MEMBERS

The undersigned, being all of the Members of WOLF MOUNTAIN RESORTS, L.C., a Utah limited liability company (the "*Company*"), do hereby adopt the following resolutions, which have the same force and effect as if such resolutions were duly adopted by the unanimous vote of the Members at a duly called, noticed and convened meeting thereof, and do hereby approve each and every action effected thereby:

RESOLVED, that Kenneth Griswold, Manager of the Company, is authorized and directed on behalf of the Company to execute and cause to be filed the Company's Petition for relief under Title 11. United States Code, Chapter 11 (the "Chapter 11 Case") and all of the necessary papers in connection there with, in the United States Bankruptcy Court for the Central District of California and further to such end, to do any other acts, execute all necessary documents and take any other steps in the name of and on behalf of the Company as are necessary and appropriate to obtaining such relief as may be available in and during the Chapter 11 Case; and

RESOLVED, that Kenneth Griswold, Manager of the Company, shall, to the extent necessary, authorize the Company to retain the services of professionals to assist the Company in preparing and filing the Chapter 11 Case and to represent and assist the Company in carrying out its duties in the Chapter 11 Case and is hereby authorized and directed to take appropriate actions to retain said professionals and to execute appropriate retention agreements and pay appropriate retainers prior to the filing the Chapter 11 Case, and, immediately upon the filing of the Chapter 11 Case, to file or cause to be filed an appropriate application or applications with the Bankruptcy Court for authority to retain the services of professionals for said purposes. The said professionals consists of the following named firms, believed to be properly qualified to act as professionals in the Chapter 11 Case:   Sulmeyer Kupetz in connection herewith, said professionals are to be compensated for their services and expenses on the basis of prior agreements and/or their usual and customary fees and expenses, including retainers, subject to the approval of the Bankruptcy Court.

IN WITNESS WHEREOF, the undersigned, being all of the Members of the Company, hereby subscribe their names effective May _____, 2011.

WASATCH RESORT HOLDINGS, LLC, a Texas
limited liability company

By: _Randall E. Evans_
    Randall E. Evans, Manager

980543.980543/961352.1

MAB RESORT HOLDINGS, LLC, a Texas
limited liability company

By: _____
    Michael A. Baker, Manager

GRISWOLD-KIM 2005 IRREVOCABLE TRUST


By:_____
Name:_____
Title:_____



_____

KENNETH W. GRISWOLD

719182.1 980543.980543/961352.1

MAB RESORT HOLDINGS, LLC, a Texas
limited liability company

By: _____
        Michael A. Baker, Manager


GRISWOLD-KIM 2005 IRREVOCABLE TRUST

By: _____
Name: _Joel Griswold_____
Title: _Trustee_____



_____

KENNETH GRISWOLD

T 6

MAB RESORT HOLDINGS, LLC, a Texas
limited liability company

By:_____
      Michael A. Baker, Manager

GRISWOLD-KIM 2005 IRREVOCABLE TRUST

By:_____
Name:_____
Title:_____

KENNETH GRISWOLD

torney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY

Mark S. Horoupian, Esq.  (CA State Bar No. 175373)
SulmeyerKupetz
A Professional Corporation
333 South Hope Street, 35th Floor
Los Angeles, CA 90071-1406
Tel: 213.626.2311 Fax: 213.629.4520

☒ Attorney for: Wolf Mountain Resorts, L.C.

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re:

WOLF MOUNTAIN RESORTS, L.C.,

Debtor(s).

CASE NO.: 2:11-bk-30162-PC
CHAPTER: 11
ADV. NO.:

## ELECTRONIC FILING DECLARATION
## (CORPORATION/PARTNERSHIP)

☒ Petition, statement of affairs, schedules or lists
☐ Amendments to the petition, statement of affairs, schedules or lists
☒ Other:    Venue Disclosure Form, Statement of Related Cases,
            Corporate Ownership Statement

Date Filed:    June 2, 2011
Date Filed:
Date Filed:    June 2, 2011

### PART I - DECLARATION OF AUTHORIZED SIGNATORY OF DEBTOR OR OTHER PARTY

I, the undersigned, hereby declare under penalty of perjury that: (1) I have been authorized by the Debtor or other party on whose behalf the above-referenced document is being filed (Filing Party) to sign and to file, on behalf of the Filing Party, the above-referenced document being filed electronically (Filed Document); (2) I have read and understand the Filed Document; (3) the information provided in the Filed Document is true, correct and complete; (4) the "/s/," followed by my name, on the signature lines for the Filing Party in the Filed Document serves as my signature on behalf of the Filing Party and denotes the making of such declarations, requests, statements, verifications and certifications by me and by the Filing Party to the same extent and effect as my actual signature on such signature lines; (5) I have actually signed a true and correct hard copy of the Filed Document in such places on behalf of the Filing Party and provided the executed hard copy of the Filed Document to the Filing Party's attorney; and (6) I, on behalf of the Filing Party, have authorized the Filing Party's attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California.

_____        June 2, 2011
Signature of Authorized Signatory of Filing Party        Date

Kenneth W. Griswold
Printed Name of Authorized Signatory of Filing Party

Managing Member
Title of Authorized Signatory of Filing Party

### PART II - DECLARATION OF ATTORNEY FOR FILING PARTY

I, the undersigned Attorney for the Filing Party, hereby declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Filing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) an authorized signatory of the Filing Party signed the *Declaration of Authorized Signatory of Debtor or Other Party* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature of the authorized signatory of the Filing Party in the locations that are indicated by "/s/," followed by the name of the Filing Party's authorized signatory, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration, the Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this *Declaration, the Declaration of Authorized Signatory of Debtor or Other Party, and the Filed Document* available for review upon request of the Court or other parties.

_____        June 2, 2011
Signature of Attorney for Filing Party        Date

SulmeyerKupetz, A Professional Corp.
By: Mark S. Horoupian
Printed Name of Attorney for Filing Party

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

Software Copyright (c) 1996-2010 CCH INCORPORATED - www.bestcase.com        Best Case Bankruptcy

| Attorney or Party Name, Address, Telephone & FAX Number, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Mark S. Horoupian (State Bar No.<br>333 South Hope Street<br>35th Floor<br>Los Angeles, CA 90071-1406<br>213.626.2311 Fax: 213.629.4520<br>California State Bar Number: 175373)<br><br>*Attorney for Debtor* | |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>WOLF MOUNTAIN RESORTS, L.C., a Utah limited liability company<br><br><br>Debtor(s),<br>Plaintiff(s),<br>Defendant(s). | CASE NO.: 2:11-bk-30162-PC<br>ADV. NO.:<br>CHAPTER:   11 |
|---|---|

### Corporate Ownership Statement Pursuant to
### FRBP 1007(a)(1) and 7007.1, and LBR 1007-4

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I, ____Kenneth W. Griswold_____, the undersigned in the above-captioned case, hereby declare
      *(Print Name of Attorney or Declarant)*

under penalty of perjury under the laws of the United States of America that the following is true and correct:

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.     I have personal knowledge of the matters set forth in this Statement because:

      ☒ I am the president or other officer or an authorized agent of the debtor corporation

      ☐ I am a party to an adversary proceeding

      ☐ I am a party to a contested matter

      ☐ I am the attorney for the debtor corporation

2.a.   ☒ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

      Griswold-Kim 2005 Irrevocable Trust     24.8869%

      Kenneth W. Griswold              24.8869%

      Wasatch Resorts Holdings, LLC      41.1765%

      *[For additional names, attach an addendum to this form.]*

b.   ☐ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

/s/ Keneth W. Griswold           June 2, 2011
Signature of Attorney or Declarant       Date

Kenneth W. Griswold, Managing Member
Printed Name of Attorney or Declarant

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2009                                                  F 1007-4

# United States Bankruptcy Court
## Central District of California

| | | | |
|---|---|---|---|
| In re | WOLF MOUNTAIN RESORTS, L.C., a Utah limited liability company | Case No. | 2:11-bk-30162-PC |
| | Debtor | Chapter | 11 |

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Griswold-Kim 2005 Irrevocable Trust<br>1847 Camino Palmero St.<br>Los Angeles, CA 90046 | | 27,500 units<br>(24.8869%) | Membership |
| Kenneth W. Griswold<br>1847 Camino Palmero St.<br>Los Angeles, CA 90046 | | 27,500 units<br>(24.8869%) | Membership |
| MAB Resort Holdings, LLC<br>700 Louisiana Street, 25th Floor<br>Houston, TX 77002-2700 | | 9,500 units<br>(9.0497%) | Membership |
| Wasatch Resorts Holdings, LLC<br>3322 Albans Road<br>Houston, TX 77002 | | 46,000 units<br>(41.1765%) | Membership |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Managing Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   June 2, 2011                    Signature  /s/ Kenneth W. Griswold
                                                  Kenneth W. Griswold
                                                  Managing Member

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

 0    continuation sheets attached to List of Equity Security Holders

| Party Name, Address and Telephone Number (CA State Bar No. If Applicable) | FOR COURT USE ONLY |
|---|---|
| Mark S. Horoupian (State Bar No. 175373)<br>**Sulmeyer**Kupetz<br>A Professional Corporation<br>333 South Hope Street, 35th Floor<br>Los Angeles, CA 90071-1406<br>Tel:  213.626.2311<br>Fax: 213.629.4520 | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br> WOLF MOUNTAIN RESORTS, L.C., a Utah limited liability company,<br><br>                                                          Debtor. | CHAPTER 11<br><br>CASE NUMBER 2:11-bk-30162-PC<br><br>(No Hearing Required) |
|---|---|

## VENUE DISCLOSURE FORM
## FOR CORPORATIONS FILING CHAPTER 11
### (Required by General Order 97-02)

*Attach additional sheets as necessary and indicate so in each section*

1.    Specify the address of the principal office of the Debtor currently on file with the California Secretary of State (*from Form S0100, S0200, or S0300*):   N/A

2.    Specify the address of the principal office of the Debtor listed on the Debtor's most recent federal tax return:

      700 Louisiana Street, Suite 2550, Houston, TX 77002  (Address of Debtor's Attorney)

3.    Disclose the current business address(es) for all corporate officers:

      Managing Member:  Kenneth W. Griswold, 1847 Camino Palmero St., Los Angeles, CA  90046

4.    Disclose the current business address(es) where the Debtor's books and records are located:

      1847 Camino Palmero St., Los Angeles, CA  90046

5.    List the address(es) where the majority of the Debtor's assets are located based on a book value determination as set forth on the Debtor's most recent balance sheet:

      Approximately 60 parcels of real property in Summit and Salt Lake Counties, Utah

6.    Disclose any different address(es) to those listed above within six months prior to the filing of this petition and state the reasons for the change in address(es):

      Debtor's registered corporate address was changed from 4000 Park West Drive, Park City, Utah 84060, to 1847 Camino Palmero St., Los Angeles, California 90046.  The Debtor's "nerve center" is in California, where the Debtor's Managing Member, Kenneth W. Griswold, resides, and where all essential decisions governing the Debtor are made.  These decisions relate to, among other things, claims held by the Debtor, claims held against the Debtor, the Debtor's dealings with creditors and other parties, the Debtor's options for reorganization, and

Venue Disclosure Form for Corporations Filing Chapter 11 - Page 2                **VEN-C**

| In re | CHAPTER 11 |
|---|---|
| WOLF MOUNTAIN RESORTS, L.C., a Utah limited liability company                                    Debtor. | CASE NUMBER |

other significant matters.  The change was effected as part of the annual renewal process, pursuant to which the Debtor is required to file a report with the Department of Commerce.

7.    State the name and address of the officer signing this Statement and the relationship of such person to the Debtor *(specify)*:

    Kenneth W. Griswold,  1847 Camino Palmero St., Los Angeles, CA  90046.  Managing Member.

8.    Total number of attached pages of supporting documentation: ____

9.    I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

Executed on ____June 2, 2011____, at Los Angeles, California.

Kenneth W. Griswold
*Type Name of Officer*

Managing Member
*Position or Title of Officer*

/s/ Kenneth W. Griswold
*Signature of Declarant*

## STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LOCAL BANKRUPTCY RULE 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
   None.

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
   None.

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
   None.

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
   None.


I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at   Los Angeles _____ , California.

Dated   June 2, 2011 _____

/s/ Kenneth W. Griswold _____
Kenneth W. Griswold
*Debtor*

_____

*Joint Debtor*

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                      F 1015-2.1

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Central District of California

In re    WOLF MOUNTAIN RESORTS, L.C., a Utah limited liability company

Debtor

Case No.   2:11-bk-30162-PC

Chapter                11

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 2 | 160,000,000.00 | | |
| B - Personal Property | Yes | 7 | 158,557,760.01 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 55,972,069.30 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 3 | | 508,500.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 29 | | 396,248,760.92 | |
| G - Executory Contracts and Unexpired Leases | Yes | 20 | | | |
| H - Codebtors | Yes | 2 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 65 | | | |
| Total Assets | | | 318,557,760.01 | | |
| Total Liabilities | | | | 452,729,330.22 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## Central District of California

In re     WOLF MOUNTAIN RESORTS, L.C., a Utah limited liability company     Case No.   2:11-bk-30162-PC
Debtor

Chapter       11

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

Wolf Mountain Resorts, Inc.
Chapter 11 Case No. 2:11-bk-30162-PC

## RIDER TO SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS

The following applies to all information provided in the Schedules and Statement of
Financial Affairs:

Kenneth W. Griswold is the Managing Member of the Debtor herein.  He has participated in
the preparation of the Schedules and Statement of Financial Affairs and has reviewed these
Schedules and Statement of Financial Affairs which were prepared based upon information
gathered with the assistance of the Debtor's lawyers and advisors.  Mr. Griswold may
discover further information regarding the assets, liabilities and financial affairs of the
Debtor, and reserves the right to amend these Schedules and Statement of Financial Affairs
as further information is obtained.  Further, with respect to Schedule G, the Debtor
reserves the right to take the position that any such contracts are not executory in nature.

B6A (Official Form 6A) (12/07)

In re    WOLF MOUNTAIN RESORTS, L.C., a Utah limited liability company         Case No.   2:11-bk-30162-PC
                                                    Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| Approximately 60 parcels of commercial real property located in Summit and Salt Lake Counties, Utah. The property is currently used primarily as a commercial recreation area (ski and summer resort), and is currently known as "The Canyons." Legal descriptions of the parcels are attached hereto.<br><br>***The value stated herein is the debtor's best estimate of what a potential purchaser would pay for fee simple acquisition of entire property that is subject to the ground lease. The estimate is based on, among other things, past offers received by debtor. Debtor believes that property has substantially greater value if sold piecemeal. | Fee | - | 100,000,000.00 | 55,145,069.30 |
| Pursuant to the Second Amendment to the Ground Lease Agreement, the debtor traded ASC Utah, Inc. 30 development lots for the right to receive 100 residential units on the mountain at the Canyons Ski Resort. Further, ASC Utah, Inc. also obligated itself to pay for infrastructure and water required in connection with construction of these units.<br><br>***The value stated herein is based on the debtor's estimates of profits from development. | Future interest | - | 60,000,000.00 | 0.00 |
| All of Section 2, Township 2 South, Range 3 East, Salt Lake Base and Meridian | Leasehold Mortgage (holds ASC Utah, Inc.'s rights in leasehold of prop., as security) | - | Unknown | 0.00 |
| Reversionary interests pursuant to Golf Course Conveyance Agreement between debtor and Summit County, effective 10/4/2006 | Reversionary interest | - | Unknown | 0.00 |
| Roadway located in Summit County, UT, pursuant to Exchange Agreement between debtor, ASC Utah, Inc., and Summit County, effective as of 5/31/2006 | Reversionary interest | - | Unknown | 0.00 |

|  | Sub-Total > | 160,000,000.00 | (Total of this page) |
|---|---|---|---|

__1__   continuation sheets attached to the Schedule of Real Property

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

B6A (Official Form 6A) (12/07) - Cont.

In re     WOLF MOUNTAIN RESORTS, L.C., a Utah limited liability company                    Case No.   2:11-bk-30162-PC
_____                         _____
                                          Debtor

# SCHEDULE A - REAL PROPERTY
### (Continuation Sheet)

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| Property developed and operated as a fire station, which property was transferred to ASC Utah, Inc. pursuant to Quitclaim Deed (Containing a Possibility of Reverter), dated 5/13/2004, and recorded with Summit County recorder on 1/8/2004 | Reversionary interest | - | Unknown | 0.00 |

|  |  |  |
|---|---|---|
| Sub-Total > | 0.00 | (Total of this page) |
| Total > | 160,000,000.00 | |

Sheet __1__ of __1__ continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

# <u>Attachment</u>

## to Schedule A

Account Id       0344790

Parcel Number SLFS-ALL

Situs Address

Legal          ALL OF SUNDIAL LODGE FINAL SITE PLANSUB; ACCORDING TO THE
               OFFICIAL PLAT ON
               FILE IN THE SUMMIT COUNTY RECORDERSOFFICE CONT 1.86 AC 866-
               815-818
               1172-333 110-395 1172-320(LESS SUNDIAL LODGE AMENDED SITE
               PLAN
               1221-668) BAL 0.04 ACWOLF MOUNTAIN RESORTS LC 866-815-818
               1172-333 & AMERICAN SKIING COMPANYRESORT PROPERTIES INC
               1110-395 1172-320
               AS THEIR INTERESTS MAY APPEAR;

Account Id       0054324

Parcel Number PP-75-L

Situs Address

Legal          THAT PORTION OF THE FOLLOWING DESC PARCEL LYING IN SEC 36
               T1SR3E SLBM BEG AT A
               PT WH IS N 572.40 FT & W 1269.00 FT FROM THE GLO BRASS CAP
               MONUMENT AT THE SE
               COR OF SEC 36 T1SR3E SLBM FROM WH GLO MONUMENT THE
               SUMMIT COUNTY BRASS CAP
               MONUMENT AT THE NE COR OF SD SEC 36 BEARS DUE N (BASIS OF
               BEARING); TH E 519.00
               FT; TH S 10*00' E 355.00 FT; TH SW'LY 640.00 FT ALONG THE ARC OF A
               636.62 FT RAD CUR TO THE RIGHT THROUGH A CENTRAL ANGLE OF
               57*36'00" (CHORD BEARS S 18*48' W
               613.39 FT); TH N 48*30' W 511.34 FT (PRIOR DEED = 510 FT); TH N 591.45
               FT (PRIOR DEED = 572.4 FT) TO THE PT OF BEG CONT7.41 AC IN SEC 36
               (LESS 0.22 AC 1327-436 WESTGATE AT THE CANYONS FINAL
               SUBDIVISION) BAL 7.19 AC
               M31-324 M209-764 311-777 598-629612-46-48 698-276
               (SEE WD 857-322 SNYDERVILLE LAND CO TO PARK WEST LAND CO
               CONFLICT WITH THE WEST
               30 FT) 863-150 (REF:1425-123)

Account Id      0305155

Parcel Number PP-75-K-A

Situs Address

Legal           THAT CERTAIN PARCEL DESC AS FOLLOWS: COMM AT A PT WH IS N
                980.76 FT & W 1390 FT
                FROM THE SE COR OF SEC 36 T1SR3E SLBM; TH W 160 FT M/L TO A PT
                ON THE E BOUNDARY LINE OF PARK CITY WEST PLAT NO 2; TH
                SALONG SD BOUNDARY LINE 408.36 FT M/L TO
                THE SE COR OF LOT 25 PARK CITY WEST PLAT NO 2; TH E 160 FT M/L
                TO A PT DUE S
                FROM THE PT OF COMMENCEMENT; TH N 408.36 FT M/L TO THE PT
                OF COMMENCEMENT CONT
                1.50 AC(LESS 0.52 AC 1327-436 WESTGATE AT THE
                CANYONS FINAL SUBDIVISION) BAL 0.98 AC866-783-806-818
                (REF:1425-123)


Account Id      0054316

Parcel Number PP-75-K

Situs Address

Legal           COMM AT A PT WH IS ON THE INT/SEC OF THE S SEC LINE OF SEC 36
                T1SR3E SLBM & THE
                W BOUNDARY OF A PARCEL CURRENTLY OWNED BY WOLF
                MOUNTAIN RESORTS LC & WH IS W
                1265.79 FT M/L FROM THE SE COR OF SD SEC; TH N 572.40 FT M/L TO
                THE NW COR OF
                THE AFORESAID PARCEL OWNED BY WOLF MOUNTAIN RESORTS
                LC; TH W 191.00 FT M/L TO
                THE NE COR OF LOT 21 PARK CITY WEST PLAT NO 2, ACCORDING TO
                THE OFFICIAL PLAT
                THEREOF ON FILE & OF RECORD IN THE OFFICE OF THE SUMMIT
                COUNTY RECORDER; TH S
                572.40 FT M/L TO A PT ON THE AFORESAID SSEC LINE; TH E ALONG
                SD SEC LINE 191.00
                FT M/L TO THE PT OF COMMENCEMENT CONT 2.51 AC
                (LESS 1.35 AC 1327-436 WESTGATE AT THE CANYONS FINAL
                SUBDIVISION) BAL 1.16 AC
                M22-600 M67-366-370 M194-539 410-504412-174 576-211 776-430 857-322
                946-21-25 1010-606(REF:1043-51 1058-272) 1077-440
                (REF:1425-123)

Account Id       0054258
Parcel Number PP-75-H-1-A

Situs Address
Legal            THE S 330 FT OF THE E1/2 OF THE NE1/4 OF THE SW1/4 OF SEC 36
                 T1SR3E SLBM CONT 5.0 AC
                 (LESS 4.84 AC M/L 1843-1404 WWD2 PP-73-74-75) BAL 0.57 AC M/L M54-
                 619 M68-462 M216-754 M224-232-233 M270-698 320-222-226 346-22-134
                 426-570 791-424 807-371 1172-333 1990-153

Account Id       0054241
Parcel Number PP-75-H-1

Situs Address
Legal            THE S 495 FT OF W1/2 NE1/4 SW1/4 SEC 36 T1SR3E SLBM CONT 7.5 AC
                 (LESS 4.9 AC M/L 1843-1404 WWD2 PP-73-74-75) BAL 2.6 AC M/L M33-
                 405 M67-462 M77-607 M119-512 (SEE M158-722) (SEE M224-234 ERROR
                 IN DESC) M270-698 320-227 320-231 426-570 791-424 807-371 1172-333
                 1990-153

Account Id       0415319
Parcel Number PP-75-G-1-B

Situs Address
Legal            COMM AT THE S1/4 COR OF SEC 36 T1SR3E SLBM A FOUND BRASS
                 CAP (BASIS OF BEARING
                 BEING S 89*59'43" E, A DISTANCE OF 2667.10 FT ALONG THE SEC LINE
                 FROM THE SD
                 S1/4 COR TO THE SE COR OF SD SEC 36 A FOUND BRASS CAP); TH
                 ALONG SD SEC LINE S

89*59'43" E, A DISTANCE OF 91.60 FT; THLEAVING SD SEC LINE N, A DISTANCE OF

113.25 FT TO A PT IN THE E'LY R/W LINE OF HIGH MOUNTAIN RD EXTENSION SD PT BEING THE TRUE PT OF BEG; TH LEAVING SD R/W N 86*13'00" W, A DISTANCE OF 96.45 FT; TH N 41*13'00" W, A DISTANCE OF 84.26 FT;TH N 48*47'00" E, A DISTANCE OF 97.00

FT; TH S 86*13'00" E, A DISTANCE OF 26.72 FT; TH N 48*47'00" E, A DISTANCE OF

22.18 FT TO THE E'LY R/W LINE OF SD SUNDIAL RD & PT OF CUR OF A NON-TANGENT CUR

TO THE LEFT OF WH THE RAD PT LIES N 79*50'16" E, A RAD DISTANCE OF 525.00 FT; TH S'LY ALONG THE ARC OF SD CUR & SD R/W THROUGH A CENTRAL ANGLE OF 04*02'18" A

DISTANCE OF 37.00 FT; TH CONTINUING ALONG SD R/W LINE S 14*12'02" E, A DISTANCE

OF 100.44 FT TO A PT OF CUR TO THE RIGHT HAVING A RAD OF 325.00 FT & A CENTRAL

ANGLE OF 02*20'54"; TH S'LY ALONG THE ARC OF SD CUR & SD R/W LINE A DISTANCE OF

13.32 FT TO THE PT OF BEG CONT 0.31 AC;ALSO COMM AT THE S1/4 COR OF SEC 36

T1SR3E SLBM A FOUND BRASS CAP (BASIS OFBEARING BEING S 89*59'43" E, A DISTANCE

OF 2667.10 FT ALONG THE SEC LINE FROM THE SD S1/4 COR TO THE SE COR OF SD SEC 36 A FOUND BRASS CAP); TH ALONG SD SEC LINE S 89*59'43" E, A DISTANCE OF 399.52

FT; TH LEAVING SD SEC LINE N, A DISTANCE OF 415.29 FT TO THE PT OF BEG; TH N 35*20'43" W, A DISTANCE OF 17.34 FT; TH N 12*31'12" E, A DISTANCE OF 26.62 FT TO

THE W'LY R/W LINE OF HIGH MOUNTAIN RD EXTENSION & PT OF CUR OF A NON-TANGENT CUR TO THE RIGHT OF WH THE RAD PT LIES N 48*54'12" E, A RAD DISTANCE OF 275.00 FT;

TH NW'LY ALONG THE ARC OF SD CUR & SD R/W LINE THROUGH A CENTRAL ANGLE OF 24*46'18", A DISTANCE OF 118.89 FT; TH LEAVING SD R/W LINE N 48*47'00" E, A DISTANCE

OF 25.63 FT; TH S 41*03'00" E, A DISTANCE OF 80.99 FT; TH S 03*47'00" W, A

DISTANCE OF 95.00 FT; TH S 48*47'00" W,A DISTANCE OF 7.00 FT TO THE PT OF BEG

CONT 0.11 AC; ALSO COMM AT THE S1/4 COROF SEC 36 T1SR3E SLBM A FOUND BRASS CAP

(BASIS OF BEARING BEING S 89*59'43" E, A DISTANCE OF 2667.10 FT ALONG THE SEC

LINE FROM THE SD S1/4 COR TO THE SE COROF SD SEC 36 A FOUND BRASS CAP); TH

ALONG SD SEC LINE S 89*59'43" E, A DISTANCE OF 410.80 FT; TH

LEAVING SD SEC LINE N, A DISTANCE OF 275.75 FT TO THE PT OF
BEG; TH N 84*15'00" E, A DISTANCE OF
8.13 FT; TH S 05*45'00" E, A DISTANCE OF 13.66 FT; TH N 36*29'52" W, A
DISTANCE
OF 15.89 FT TO THE PT OF BEG CONT 55.50SQ FT M/L BAL 0.42 AC
1655-151-136

Account Id      0198675
Parcel Number PP-75-F-2

Situs Address

Legal           PARCEL B-3: COMM AT THE NE COR OF LOT 29 OF PARK CITY WEST
                PLAT NO 2; ACCORDING
                TO THE OFFICIAL PLAT THEREOF ON FILE & OF RECORD IN THE
                OFFICE OF THE SUMMIT
                COUNTY RECORDER WH PT IS APPROX N 1253 FT & W 1547 FT FROM
                THE SE COR OF SEC 36
                T1SR3E SLBM; TH THEREFROM ALONG THE S BOUNDARY OF A 66 FT
                R/W KNWON AS PARK WEST DR 160 FT M/L TO A PT ON SD
                BOUNDARY WH IS W 1387 FT M/L FROM THE E LINE OF SD
                SEC 36; TH & RUN S 272.24 FT; TH W 160 FT M/L TO A PT ON THE E
                BOUNDARY OF THE
                AFORESAID PLAT; TH N ALONG SD E BOUNDARY 272.24 FT M/L TO
                THE PT OF COMMENCEMENT CONT 1.00 AC M151-437 M139-330M269-
                280-281
                (REF:410-237 828-630 857-322 1010-606)(REF:1058-278-284) 1077-440-439
                (REF: 1425-123)

Account Id      0054183
Parcel Number PP-75-D

Situs Address

Legal           THE W1/2 OF SW1/4 SE1/4 OF SEC 36 T1SR3E SLBM;
                (LESS THE N 590 FT 8.94 AC)(LESS 1.71 AC 553-219 PP-75-G-1 &
                PP-75-G-1-A)(LESS 1.08 AC SUNDIAL LODGE FINAL SITE PLAN &
                SUNDIAL LODGE AMENDED SITE PLAN)(LESS 2.08 AC 1655-122
                PARCEL 6
                PP-75-D-2 & PP-75-D-2-A)(LESS 1.66 AC 1655-122 PARCEL 7 PP-75-E
                & PP-75-E-2)BAL 4.05 AC M/L 410-504 412-174 576-211

638-731 654-397 776-426 857-344866-775-806-781 (REF:1425-123)

Account Id       0054175
Parcel Number PP-75-C

Situs Address

Legal            THE N 590 FT OF W1/2 SW1/4 SE1/4 SEC 36 T1SR3E SLBM CONT 8.94 AC
                 (LESS 0.06 AC SUNDIAL LODGE FINAL SITE PLAN & SUNDIAL LODGE
                 AMENDED SITE PLAN)
                 (LESS 0.08 AC GRAND SUMMIT HOTEL SITE PLAT)
                 (LESS 1.01 AC 1655-122 PP-75-D-2 & PP-75-D-2-A)
                 BAL 7.79 AC M17-115-676 M23-57 M34-396 M68-462 M77-604-607 M119-
                 512-4 M172-27
                 M224-232-233 M270-698 320-227-231426-570 791-422-424 807-371 1172-333
                 (REF:1425-123) 1931-792 1990-153

Account Id       0218705
Parcel Number PP-75-A-5

Situs Address

Legal            THE S 330 FT OF THE W 100 FT & THE S 250 FT TO THE E 100 FT OF
                 THE W 200 FT & TH S 200 FT OF THE E 200 FT OF THE W 400 FT OF THE
                 S1/2 OF THE SW1/4 OF THE NW1/4 OF THE SE1/4 OF SEC 6 T1SR3E
                 SLBM CONT 2.25 AC
                 (LESS 1.42 AC M/L 1843-1404 WWD2 PP-73-74-75) BAL 0.83 AC M/L
                 M244-14-16 M270-698 426-570 796-327 807-371 1172-333

Account Id        0205579

Parcel Number PP-75-A-4

Situs Address

Legal            BEG AT A PT N 1253 FT & W 750 FT FROM THE SE COR OF SEC 36
                 T1SR3E SLBM & RUN TH
                 S 510.6 FT; TH W 640 FT; TH N 510.6 FT;TH E 640 FT TO THE PT OF BEG
                 CONT 7.5 ACEXCEPTING 1209-514 DESC AS FOLLOWS: BEGAT THE SE
                 COR OF SEC 36 T1SR3E SLBM; TH
                 ALONG THE S LINE OF SD SEC 36; N 89*59'43" W 1,390 FT; TH LEAVING
                 SD SEC LINE N
                 742.29 FT TO THE NW COR OF THE GROUTAGEPARCEL ENTRY
                 #429925 BK 883-699 ON FILE
                 & OF RECORD IN THE OFFICE OF THE SUMMITCOUNTY RECORDER;
                 TH E 143.48 FT ALONG
                 THE N'LY LINE OF SD GROUTAGE PARCEL TO THE W'LY R/W LINE OF
                 THE CANYONS DR & THE TRUE PT OF BEG; TH LEAVING SD N'LY
                 LINE & CONTINUING ALONG SD W'LY R/W N 36*54'59" E 81.72 FT TO
                 THE BEG OF A 310 FT RAD CUR TO THE LEFT; TH ALONG THE ARC OF
                 SD CUR & R/W 98.68 FT THROUGH A CENTRALANGLE OF 18*14'18" TO
                 A PT ON THE SW'LY
                 R/W LINE OF AN ACCESS RD & THE BEG OF A19 FT RAD REVERSE
                 CUR TO THE RIGHT; TH
                 NE'LY ALONG THE AFORESAID R/W & ALONG THE ARC OF SD CUR
                 36.92 FT THROUGH A
                 CENTRAL ANGLE OF 111*19'18"; TH CONTINUING ALONG SD R/W S
                 50*00'00" E 146.72 FT; TH LEAVING SD R/W S 36*54'59" W 83.08 FT TO
                 THE N'LY LINE OF SD GROUTAGE
                 PARCEL; TH ALONG SD N'LY LINE W 187.61 FT TO THE PT OF BEG
                 CONT 0.51 AC BAL 6.99 AC M90-444 M197-486 410-508412-162-165-168
                 577-715-719 579-671-675
                 625-658 776-425 (REF:857-322 866-806)857-344 866-818 (REF:1425-123)

Account Id        0350482

Parcel Number PP-75-A-1-A

Situs Address

Legal            BEG AT THE SE COR OF SEC 36 T1SR3E SLBM; TH ALONG THE S LINE
                 OF SD SEC 36; N 89*59'43" W 1,390 FT; TH LEAVING SD SEC LINE N
                 742.29 FT TO THE NW COR OF THE
                 GROUTAGE PARCEL ENTRY #429925 BK 883-699 ON FILE & OF
                 RECORD IN THE OFFICE OF
                 THE SUMMIT COUNTY RECORDER SD PT BEING THE TRUE PT OF

BEG; TH ALONG THE N LINE
OF SD GROUTAGE PARCEL E 43.42 FT TO THEW'LY R/W LINE OF THE
CANYONS DR; TH
LEAVING SD N'LY LINE & CONTINUING ALONGSD W'LY R/W S
36*54'59" W 5.56 FT TO THE BEG OF A 220 FT RAD CUR TO THE LEFT;
TH ALONG THE ARC OF SD CUR & R/W 99.60 FT
THROUGH A CENTRAL ANGLE OF 25*56'24" TOTHE W'LY LINE OF SD
GROUTAGE PARCEL; TH
N ALONG SD W'LY LINE 94.70 FT TO THE PTOF BEG CONT 0.04 AC;
ALSO BEG AT THE SE
COR OF SEC 36 T1SR3E SLBM; TH ALONG THES LINE OF SD SEC 36 N
89*59'43" W 1,390
FT; TH LEAVING SD SEC LINE N 742.29 FT TO THE NW COR OF THE
GROUTAGE PARCEL
ENTRY #429925 BK 833-699 ON FILE & OF RECORD IN THE OFFICE OF
THE SUMMIT COUNTY
RECORDER; TH E 43.42 FT ALONG THE N'LY LINE OF SD GROUTAGE
PARCEL TO THE W'LY
R/W LINE OF THE CANYONS DR & THE TRUE PT OF BEG; TH LEAVING
SD N'LY LINE &
CONTINUING ALONG SD W'LY R/W S 36*54'59" W 5.56 FT TO THE BEG
OF A 220 FT RAD
CUR TO THE LEFT; TH ALONG THE ARC OF SDCUR & R/W 99.60 FT
THROUGH A CENTRAL
ANGLE OF 25*56'24" TO THE W'LY LINE OF SD GROUTAGE PARCEL;
TH LEAVING SD W'LY
R/W & ALONG SD W'LY LINE S 75.30 FT TO THE SW COR OF SD
GROUTAGE PARCEL; TH E
ALONG THE S'LY LINE OF SD GROUTAGE PARCEL 80.02 FT TO THE
E'LY R/W LINE OF THE
CANYONS DR & PT OF A 140 RAD NON-TANGENT CUR TO THE RIGHT
(RAD PT BEARS N 76*11'32" E); TH NE'LY ALONG THE AFORESAID
R/W & ALONG THE ARC OF SD CUR 123.94 FT
THROUGH A CENTRAL ANGLE OF 50*43'27"; TH CONTINUING ALONG
SD R/W N 36*54'59" E
65.66 FT TO THE N'LY LINE OF SD GROUTAGE PARCEL; TH ALONG SD
N'LY LINE W 100.06
FT TO THE PT OF BEG CONT 0.34 AC BAL 0.38 AC 1209-520-522
(REF:1425-123)

Account Id    0054340
Parcel Number PP-75-75-A

Situs Address

Legal        COMMENCING AT A PT ON THE N R/W LINE OFCHALET DRIVE WH PT
             IS N 403 FT & W 507.4 FT FR THE SE COR OF THE AFORESAID SEC36 &
             RUN TH N 43*40'W 16.1 FT; TH N 2*
             W 9.34 FT; TH W 48.7 FT; TH N 43*40' W16.1 FT; TH N 2*W 9.34 FT; TH W
             48.7 FT;TH N 43*40' W 16.1 FT; TH N 2*W 9.34 FT;TH W 48.7 FT; TH N
             43*40'W 16.1 FT; TH
             N 97.4 FT; TH N 46*E 16.1 FT; TH N 89*15'45" E 37.4 FT; TH S 43*45'E 16.1
             FT;
             TH S 2*7'9" E 9.34 FT; TH S 89*32'14" E48.05 FT; TH S 43*45' E 16.1 FT; TH
             S 2*7'9" E 9.34 FT; TH S 89*58'50" E 48.7FT; TH S 43*40' E 16.1 FT; TH S
             2*7'9"
             E 9.34 FT; TH N 89*37'45" E 48.7 FT; THS 45* M/L 30 FT M/L TO A PT WH
             IS N 503
             FT & W 448 FT FR THE SW COR OF THEAFORESAID SEC 36; TH N 62
             FT;TH E 41 FT; TH N 70 FT; TH E 102.51 FT; TH N 30 FTM/L TO A PT WH
             IS ON THE SE COR OF THE
             RED PINE TOWNHOUSES; TH W 61.51 FT ALGTHE S BNDRY OF SD
             TOWNHOUSES TO A PT ON
             A 45.00 RAD CUR TO THE RIGHT, TH RAD PTOF WH BEARS N; TH
             NW'LY ALG SD BNDRY &
             ALG THE ARC OF SD CUR 52.17 FT; TH W ALG SD BNDRY 108.76 FT;
             TH N ALG SD BNDRY
             55.00 FT; TH W ALG SD BNDRY 204 FT TO APT ON THE E R/W LINE OF
             RED PINE ROAD &
             WH IS ALSO ON THE AFORESAID S BNDRY LINE TH S ALG SD E R/W
             LINE 189.6 FT M/L;
             TH S 10*00' E ALG SD E R/W LINE 175.72FT M/L TO A PT WH IS N 403 FT
             M/L FR TH
             S SEC LINE OF SD SEC 36 & WH IS ON A LNRUN N 89*;58' W FR THE PT
             OF COMMENCEMENT; TH S 89*58'E 222 FT M/L TO A PT
             OFCOMMENCEMENT CONT 1.69 ACRES
             410-509 406-188 412-162-8 577-715-719579-671-675 776-497 (REF:866-797)
             (NOTE: DESC CONTAINS SEVERAL ERRORS,PARCEL ASSUMED TO BE
             BOUNDED ON THE WEST BY RED PINE ROAD & ON THE S BY
             CHALATDRIVE) 857-325-340 866-830

Account Id      0359137
Parcel Number PP-75-6

720633.1 6/2/2011 (5:59 PM)

Situs Address

Legal       REMAINING DESC WRITTEN FOR ASSESSMENT PURPOSES: BEG AT
            THE SE COR OF VACATED LOT 25 OF PARK CITY WEST PLAT NO 2
            SUB SD PT BEING W 1456.79 FT & N 572.4 FT & W
            90.23 FT FROM THE SE COR OF SEC 36 T1SR3E SLBM; & RUN TH N
            680.6 FT TO THE NE
            COR VACATED LOT 29 SD SUB; TH W 453.29 FT M/L TO THE NW COR
            VACATED LOT 1 SD
            SUB; TH S 653 FT TO SW COR OF THE VACATED MALL PARCEL SD
            SUB; TH E 218.6 FT TO
            THE CENTER LINE OF VACATED JEANNINE AVESD SUB; TH S 27.6 FT;
            TH E 234.69 FT TO
            THE PT OF BEG CONT 6.94 AC(LESS 0.01 AC SUNDIAL LODGE FINAL
            SITE
            PLAN & SUNDIAL LODGE AMENDED SITE PLAT)(LESS 2.45 AC
            GRAND SUMMIT HOTEL SITE
            PLAT)BAL 4.48 AC
            (LESS 1.07 AC 1327-436 WESTGATE AT THE CANYONS FINAL
            SUBDIVISION) BAL 3.41 AC
            (REMAINING DESC WRITTEN FOR ASSESSMENT PURPOSES & IS
            DERIVED FROM ORD 332-A
            1272-633 VACATING LOTS 1 THRU 4, LOTS 25 THRU 29, & THE MALL
            PARCEL TOGETHER
            WITH 1/2 OF JEANNINE DR WH ADJOIN SD LOTS OF PARK CITY WEST
            PLAT NO 2 SUB)
            1272-633 (REF:1425-123)


Account Id    0359129
Parcel Number PP-75-5

Situs Address

Legal       REMAINING DESC WRITTEN FOR ASSESSMENT PURPOSES: BEG AT
            THE SE COR OF VACATED LOT 20 PARK CITY WEST PLAT NO 2 SD PT
            BEING W 1456.79 FT FROM THE SE COR OF SEC 36
            T1SR3E SLBM; & RUN TH W 135.23 FT; TH N242.40 FT TO THE CENTER
            LINE OF VACATED
            BRIAN PLACE RD; TH E ALONG SD CENTER LINE 5.31 FT; TH N 330 FT
            TO THE NW COR OF
            VACATED LOT 21 SD SUB; TH E 129.92 FT TO THE NE COR OF
            VACATED LOT 21 SD SUB; THS 572.4 FT TO THE PT OF BEG CONT 1.74
            AC (LESS 0.85 AC 1327-436 WESTGATE AT THE
            CANYONS FINAL SUBDIVISION) BAL 0.89 AC(REMAINING DESC
            WRITTEN FOR ASSESSMENT

PURPOSES & IS DERIVED FROM VACATED LOTS20,21 & THE E1/2 OF 19 TOGETHER WITH THE ADJOINING 1/2 OF VACATED BRAIN PLACE RD) 1272-633 (REF:1425-123)

Account Id       0250906
Parcel Number PP-75-2

Situs Address

Legal        COMMENCING AT A PT N 503 FT & W 448 FTFR THE SE COR OF SEC 36,T1SR3E,SLBM, &
RUN TH S 100 FT; TH N 89*58'W 59.4 FT;TH N 43*40'W 16.1 FT; TH N 2*W 9.34 FT;
TH W 48.7 FT; TH N 43*40' W 16.1 FT; THN 2*W 9.34 FT; TH W 48.7 FT;
TH N 43*40'W 16.1 FT; TH N 2*W 9.34 FT; TH W 48.7FT; TH N 43*40' W 16.1 FT; TH N 97.4 FT; TH N 46*E 16.1 FT; TH N 89*15'45" E37.4 FT; TH S 43*45'E 16.1 FT; TH S 2*
7'9" E 9.34 FT; TH S 89*32'14" E 48.05FT; TH S 43*45' E 16.1 FT; TH S 2*7'9" E 9.34 FT; TH S 89*58'50" E 48.7 FT; TH43*40'E 16.1 FT; TH S 2*7'9" E 9.34 FT;
TH N 89*37'45" E 48.7 FT; TH S 45*M/L30 FT M/L, TO THE PT OF COMMENCEMENT
CONT 0.68 ACRES 410-509-515 776-496857-325-338-340 (REF:866-797) 866-830

Account Id       0338222
Parcel Number PP-74-H

Situs Address

Legal        COMM AT A PT WH IS N 1360.64 FT & W 782.23 FT FROM THE SE COR OF SEC 36 T1SR3E SLBM & RUN TH E'LY ALONG THE N R/W LINEOF PARK WEST DR & ALONG THE ARC OF A 1200 FT RAD CUR TO THE LEFT 136.805 FT THROUGH A CENTRAL ANGLE OF 6*31'55" (CHORD BEARS N 71*15'57" E 136.731 FT); TH CONTINUING ALONG SD N R/W & ALONG THE ARC OF 469.700 FT CUR TO THE RIGHT 278.726 FT THROUGH A CENTRAL ANGLE OF 34*00'00" (CHORD BEARS N 85*00'00" E 274.654 FT); TH S 78*00'00" E ALONG SD N R/W 143.265 FT; TH 249.38 FT ALONG THE AFORESAID N R/W & ALONG THE ARC OF A 320.00
FT RAD CUR TO THE LEFT THROUGH A CENTRAL ANGLE OF

44*39'06" (CHORD BEARS N 79*40'27" E 243.119 FT) TO A PT ON THE E SEC LINE OF SEC 36; TH S 0*00'26" 189.29 FT M/L ALONG SD SEC LINE TO A PT WH IS N 1253 FT FROM THE SW COR OF SEC 36; TH W 1336.11 FT M/L TO THE W LINE OF THE SE1/4 OF THE SE1/4 OF SEC 36; TH N'LY ALONG SD W LINE 250 FT; TH N 72*45'44" E 407.95 FT M/L TO THE W'RN MOST ANGLE IN THE BOUNDARY OF PARK WEST CONDO; TH S 18*28'40" E ALONG SD BOUNDARY 89.02 FT; TH S 37*14'50" E ALONG SD BOUNDARY 224.88 FT TO THE PT OF COMMENCEMENT CONT 6.45 AC (LESS & EXCEPTING THEREFROM ANY PORTION THEREOF WITHIN THE BOUNDS OF RED PINE TOWNHOUSES CONT 0.25 AC) (LESS 0.78 AC M/L 1843-1404 WWD2 P-73-74-75) BAL 5.42 AC1077-442 (SEE ORD VACATING A PORTION OF MAJOR DR 1182-318 AMD 1272-633) (REF:1425-123)

Account Id       0339642

Parcel Number PP-74-G-1

Situs Address

Legal            BEG AT THE SE COR OF THE PROPERTY DESC AS PARCEL "N" IN THE WARRANTY DEED RECORDED FEB 19, 1995 AS ENTRY #424516 IN BK 866-818 OF OFFICIAL RECORDS WH IS ALSO DESC AS THE SE COR OF THE SW1/4 OF THE NW1/4 OF THE SE1/4 OF SEC 36 T1SR3E SLBM; & RUN TH ALONG THE E LINE OF THE PROPERTY SO DESC N 0*10'03" W 184.11 FT M/L TO THE S LINE OF THE PROPERTY DESC AS PARCEL "D" IN THE SPECIAL WARRANTY DEED RECORDED NOV 27, 1996 AS ENTRY #486164 IN BK 1010-606 OF OFFICIAL RECORDS; & RUN TH ALONG THE S LINE OF THE PROPERTY SO DESC E 668.29 FT M/L TO A PT WH IS DESC IN SD DEED AS BEING ON THE E LINE OF THE SE1/4 OF THE NW1/4 OF THE SE1/4 OF SEC 36; TH S 184.11 FT M/L TO THE NE COR OF THE PROPERTY DESC AS PARCEL "B-2" IN THE SPECIAL WARRANTY DEED RECORDED NOV 27, 1996 AS ENTRY #468164 BK 1010-606 OF OFFICIAL RECORDS WH PT IS ALSO DESC AS THE N LINE OF A R/W FORMERLY KNOWN AS PARK WEST DR; TH ALONG THE N LINE OF SD R/W & SD DEED LINE 668.04 FT M/L TO THE PT OF BEG CONT 2.83 AC
(LESS 1.63 AC M/L 1843-1404 WWD2 PP-73-74-75) BAL 1.20 AC M/L 1010-606 1116-544 1147-195 (REF:1425-123) 1931-792 1990-153

Account Id       0332704

Parcel Number PP-74-G

Situs Address

Legal          PARCEL D: COMM AT THE MOST W'LY PT ON THE BOUNDARY OF
               THE PARK WEST CONDOMINIUMS WH PT IS N 1624.00 FT & W 946.80
               FT FROM THE SE COR OF SEC 36 T1SR3E SLBM & RUN TH N 50*00' E
               278.50 FT; TH E 102.03 FT; TH N 50*00' E 247.14 FT; TH N 40*00' W 191.53
               FT; TH N 89*27' W 772.42 FT M/L TO A PT ON THE 1/16 SEC LINE; TH N
               0*06'35" 208.04 FT M/L ALONG SD 1/16 SEC LINE TO THE NE COR OF
               THE S1/2 OF THE NE1/4 OF THE NW1/4 OF THE SE1/4 OF SD SEC 36; TH
               N 89*22'19" W ALONG THE N BOUNDARY OF THE AFORESAID 1/2 1/4
               1/4 669.19 FT M/L TO THE NW COR OF SD 1/2 1/4 1/4; TH S 0*10'03"
               ALONG THE W BOUNDARY OF SD 1/2 1/4 1/4 1/4 333.04 FT M/L TO THE
               SW COR THEREOF; TH N 89*27'39" W ALONG THE N BOUNDARY OF
               THE N1/2 OF THE SW1/4 OF THE NW1/4 OF THE SE1/4 OF SD SEC 36
               668.84 FT M/L TO THE NW COR OF SD 1/2 1/4 1/4 1/4; TH S 0*13'31" E
               ALONG THE W BOUNDARY OF SD 1/2 1/4 1/4 1/4 338.16 FT M/L TO THE
               SW COR THEREOF; TH S 89*53'59" E ALONG THE S BOUNDARY OF SD
               1/2 1/4 1/4 1/4 668.45 FT M/L TO THE SE COR THEREOF; TH S 0*10'03" E
               162.20 FT M/L TO A PT WH IS N 1503.11 FT FROM THE S SEC LINE OF
               SEC 36; TH E 668.29 FT TO A PT ON THE E BOUNDARY LINE OF THE
               SE1/4 OF THE NW1/4 OF THE SE1/4 OF SD SEC 36; TH N 72*45'44" E
               407.95 FT M/L TO THE PT OF COMMENCEMENT CONT 26.20 AC
               (LESS 3.98 AC M/L 1843-1404 WWD1 PP-75-A-3-9)
               (LESS 11.02 AC M/L 1843-1404 WWD2 PP-73-74-75) BAL 11.20 AC M/L
               1010-606 (REF:1058-270) 1147-192 (REF:1425-123) 1931-792 1990-153 (SEE
               QCD-1995-283 SUMMIT COUNTY MUNICIPAL BUILDING AUTHORITY
               TO SUMMIT COUNTY)

Account Id     0304117
Parcel Number PP-74-E

Situs Address

Legal          COMM AT A PT WH IS N 1253 FT & W 1336.11 FT FROM THE SE COR OF
               SEC 36 T1SR3E
               SLBM & PROCEEDING TH N 0*06'35" W 66 FTM/L TO THE N
               BOUNDARY OF PARK WEST DR;
               TH W ALONG SD BOUNDARY 668.29 FT M/L TOA PT ON THE W LINE
               OF THE E1/2 SW1/4
               SE1/4 OF SD SEC 36; TH S 0*10'03" E ALONG SD W LINE 66 FT M/L TO

THE NW COR OF
PARK CITY WEST PLAT NO 2; TH E ALONG THE N BOUNDARY OF SD
PLAT 668.04 FT M/L TO
THE PT OF COMMENCEMENT CONT 1.01 AC M/L(LESS 0.27 AC GRAND
SUMMIT HOTEL SITE
PLAT) BAL 0.74 AC(SEE ORD 332-A 1272-633 VACATING PARK
CITY WEST PLAT NO 2)(REF:776-435) 857-325 946-21 1010-606
(REF:1058-280-284) 1058-278 1077-440(REF:1425-123)


Account Id      0304109
Parcel Number PP-74-D

Situs Address

Legal            COMM AT THE SE COR OF THE SW1/4 OF THE NW1/4 OF THE SE1/4 OF
SEC 36 T1SR3E SLBM & RUN TH N 89*38'21" W 268.14 FT M/L TO A PT
WH IS S 89*38'21" E 400 FT ALONG SD 1/16 SEC LINE FROM THE W
LINE OF SD SE1/4; TH N 0*13'31" W 200 FT; TH N 89*38'21" W 200 FT M/L
TO A PT WH IS E 200 FT FROM THE AFORESAID W LINE OF THE SE1/4;
TH N 0*13'31" W 50 FT; TH N 89*38'21" W 100 FT M/L TO A PT WH IS S
89*38'21" 100 FT FROM THE AFORESAID W LINE OF THE SE1/4; TH N
0*13'31" W 80 FT M/L TO A PT ON THE N LINE OF THE S1/2 OF THE
AFORESAID 1/4 1/4; TH S 89*56'45" E ALONG SD N LINE 568.45 FT M/L
TO THE NE COR OF SD S1/2; TH S 0*10'03" E 333.04 FT M/L TO THE PT
OF COMMENCEMENT CONT 2.83 AC
(LESS 2.29 AC M/L 1843-1404 WWD2 PP-73-74-75) BAL 0.54 AC M/L 857-
325-344 866-775 866-806 (REF:1425-123)


Account Id      0054126
Parcel Number PP-74

Situs Address

Legal            COMM AT A PT WH IS N 1360.64 FT & W 782.23 FT FROM THE SE COR
OF SEC 36 T1SR3E
SLBM WH PT IS ALSO THE SW COR OF PARK WEST CONDO
(GEORGETOWN PORTION); ACCORDING TO THE OFFICIAL PLAT
THEREOF; TH FOLLOWING THE S'LY LINE OF SD CONDO; N 71*30'
E 104.58 FT; TH N 20*28'28" W 125.00 FT; TH N 64*08' E 212.10 FT; TH S
40* E
228.35 FT; TH S 78*48' E 152.95 FT; TH 249.38 FT ALONG THE N R/W

LINE OF PARK
WEST DR & ALONG THE ARC OF A 320 FT RADCUR TO THE LEFT THROUGH A CENTRAL ANGLE
OF 44*39'06" CHORD BEARS N 79*40'27" E 243.119 FT TO A PT ON THE E SEC LINE OF
SEC 36; TH S 0*00'26" E 189.29 FT M/L ALONG SD SEC LINE TO A PT WH IS 1253 FT
FROM THE SW COR OF SEC 36; TH W 1336.11FT M/L TO THE W LINE OF THE SE1/4 SE1/4
OF SEC 36; TH N'LY ALONG SD W LINE 250 FT; TH N 72*45'44" E 407.95 FT M/L TO THEW'RN MOST ANGLE IN THE BOUNDARY OF THE PARK WEST CONDO; TH S 18*28'40" E ALONG
SD BOUNDARY 89.02 FT; TH S 37*14'50" E ALONG SD BOUNDARY 224.88 FT TO THE PT OF
COMMENCEMENT CONT 7.28 AC(LESS 6.45 AC 1077-442 PARCEL C PP-74-H)BAL 0.84 AC 1058-266-268 1184-702(REF:1425-123)

Account Id        0054100
Parcel Number PP-73-C

Situs Address

Legal        N 590 FT OF SE1/4 SW1/4 SEC 36 T1SR3E SLBM CONT 17.88 AC
(LESS 1.10 AC M/L 1843-1404 WWD2 PP-73-74-75) BAL 16.78 AC M/L
M13-435 M34-396 M68-462 M77-604-607 M119-512-514 M224-232 M270-
698 320-227-231 426-570 791-422-424 807-371 1172-333 1990-153

Account Id      0249197

Parcel Number PP-73-B-3

Situs Address

Legal          SE1/4 SW1/4, SEC 36 T1SR3E SLBM EXCEPT N'LY 594 FT OF SD 1/4 SEC
               CONT 22.00 AC
               (LESS 0.16 AC 383-323 PP-75-G-1)BAL 21.84 AC 370-404 383-312 576-211
               638-731 776-426 857-344866-775-806-781-818 (REF:1425-123)

Account Id      0054092

Parcel Number PP-73-B

Situs Address

Legal          THE S 4 FT OF N 594 FT OF SE1/4 SW1/4 SEC 36 T1SR3E SLBM CONT
               0.12 AC M15-619
               M13-432 M148-464-5 M161-685 M194-539M224-232 370-404 412-174-504
               576-211
               (SEE PP-75-D FOR BAL OF THIS PARCEL)857-344 866-775-806 866-781
               866-818
               (REF:1425-123)

Account Id      0054084

Parcel Number PP-73-A

Situs Address

Legal          THE W1/2 OF SW1/4 SEC 36 T1SR3E SLBM CONT 80.00 AC
               (LESS 4.06 AC M/L 1843-1404 WWD2 PP-73-74-75) BAL 75.94 AC M/L
               UWD437 IQC442-3-4 M156-674 M205-846 M172-27 M217-728 309-397-400
               410-501 412-162-165-168 577-715-719 579-671-675 625-657 638-726-727 828-
               625-7 834-774 866-780-806-818 (THIS IS COMBINED WITH PP-73-A-1)
               (1990-153) (SEE QCD-1995-283 SUMMIT COUNTY MUNICIPAL
               BUILDING AUTHORITY TO SUMMIT COUNTY)

Account Id    0054068

Parcel Number PP-72

Situs Address

Legal    SEC 35 T1SR3E SLBM CONT 640.00 ACRESM68-463 & M156-674 M172-27
M13-234
M205-846 M217-728 309-397-400410-501 412-162-165-168 577-715-719
579-671-675 638-727 828-622-625-627834-774 857-344 866-806

Account Id    0280556

Parcel Number PP-69-70-A

Situs Address

Legal    THAT PORTION OF FOLLOWING DESC PARCELLYING IN SEC
34,T1SR3E,SLBM & WITHIN
SUMMIT COUNTY; BEG N 89*47'E 2543.22 FTFR W 1/4 COR SEC
27,T1SR3E,SLBM TH S
4568.66 FT S 43*15'W 328.70 FT N 49*51'W659.34 FT N 88*11'W 1162.26 FT
N 75*48'W 289.74 FT S 79*47'W 374.88 FT S 948.1TO W 1/4 COR SEC
34,T1SR3E,SLBM TH E
2640 FT TO CENTER SEC 34, TH N 5280 TOCENTER SEC 27 TH S 89*47'
W 96.78 FT TO
BEG CONT 5.27 AC IN SUMMIT COUNTYIQC-442-444 M205-846 M217-
728
309-397-400 410-501 412-163-8 579-671-5577-715-719 (REF:828-622-625-627
866-775-806) 857-344 866-818

Account Id    0054050

Parcel Number PP-69-70

Situs Address

Legal    THAT PORTION OF THE FOLLOWING LYINGWITHIN SUMMIT
COUNTY THE E 1/2 OF SEC

34 T1SR3E CONT 320.00 ACRESCONT 299.2 ACRES IN SUMMIT
COUNTY
SEE M13-234 ASSIGNMENT OF INT & M156-674(SEE TRUSTEES DEED
M68-463 DOES NOT
CHANGE SEE 172-27 QCD; IQC-442-443-4M205-846 M217-728 309-397-400
410-501
412-163-168 577-715-9 579-671 625-657638-726-727 828-622-625-627 834-
774
857-344 866-806

Account Id    0054043
Parcel Number PP-67

Situs Address

Legal          THAT PORTION OF THE FOLLOWING LYINGWITHIN SUMMIT
COUNTY THE SE 1/4 SEC 27,
T1SR3E, SLBM CONT 160 AC ALS0 N 89*47' E 2543-22 FT FR W 1/4 COR
SEC 27, T2SR3E, SLBM; TH S 4568.66 FT; S 43*15' W328.70 FT; N 49*51' W
659.34 FT; N 88*
11' W 1162.26 FT; N 75*48' W 289.74 FT;S 79*47' W 374.88 FT; S 948.1 FT
TO W
1/4 COR SEC 34, T1SR3E, TH E 2640 FT TOCT SEC 34 TH N 5280 TO CTR
SEC 27; TH S
89*47' W 96.78 FT TO BEG 5.88 AC IN SEC2 TOTAL 62.07 AC SEE M172-
27 QCD SEE
M13-234 ASSIGNMENT OF INT & M156-674(SEE TRUSTEES DEED M68-
463)
TOTAL 101.65 ACRESIQC-442-443-444 GQC-324 M205-846
309-397-400 410-501 412-162-165-168577-715-719 579-671-675
(REF:828-622-625-627 857-344 866-806866-818

Account Id    0054027
Parcel Number PP-65

Situs Address

Legal            SW1/4; W1/2 NW1/4;W1/2 SE1/4;SE 1/4 SE 1/4; OF SEC 26,T1SR3E,SLBM
                 CONT 360 ACRES, (SEE M13-234 ASSIGN OFINT) (SEE M68-463
                 TRUSTEES DEED &
                 M156-674) M172-27 UWD-321 IQC-442-3-4M205-846 M217-728 309-397-
                 400-410-501
                 412-162-265-168 577-715-719 579-671-675(REF:828-622-625-627) 857-344
                 866-806
                 (REF:959-137, 1008-160)

Account Id       0277388

Parcel Number PP-59-A

Situs Address

Legal            THE WEST 1/2 OF THE SE 1/4 OF SEC 22,T1S R3E,SLBM CONT 80.0
                 ACRES 616-220
                 828-622-625-627 834-773 857-344 866-806866-818

Account Id       0053938

Parcel Number PP-59

Situs Address

Legal            THE NE 1/4; & THE E 1/2 OF THE SE 1/4SEC 22, T1SR3E,SLBM CONT
                 240.00 ACRES
                 (LESS 1.00 ACRES 905-66 PP-59-B)BAL 239.00 ACRES
                 (SEE TRUSTEES DEED M68-462& M156-674)TWD-88 IQC-442-3-4 M205-
                 846 M217-728
                 309-400 410-501 412-162-165-168577-715-719 579-671-675 616-220
                 (REF:828-622-625-627) 857-344 866-806

Account Id     0060776
Parcel Number PP-2-K

Situs Address

Legal          COMM AT A PT ON THE N SEC LINE OF SEC 1T2SR3E SLBM WH IS W
               1269 FT FROM THE NE
               COR OF SD SEC 1 & RUN TH W ALONG THE SEC LINE 208.97 FT; TH S
               524.26 FT M/L TO A PT ON THE C/L OF A 50 FT R/W EASEMENT;TH E
               ALONG SD C/L 162.26 FT; TH NE'LY
               ALONG SD C/L & ALONG THE ARC OF A 636.62FT RAD CUR TO THE
               LEFT 471.11 FT; TH N
               48*30' W 511.34 FT M/L TO A PT WH IS W 1269 FT FROM THE E SEC
               LINE OF SD SEC 1;
               TH N 18.93 FT M/L TO PT OF BEG CONT 4.95 AC TOGETHER WITH &
               SUBJECT TO R/W 50 FT WIDE LOCATED ALONG S LINE ALSO UND
               INTIN R/W DESC M97-731 M31-328 M65-60
               M88-264 M97-730-1-2 M301-316 361-329374-641 576-214 598-190 866-830
               (REF:866-797 & 1043-51) (REF:1425-123)

Account Id     0060743
Parcel Number PP-2-H

Situs Address

Legal          THAT PORTION OF THE FOLLOWING DESC PARCEL LYING IN SEC 1
               T2SR3E SLBM BEG AT A PT WH IS N 572.40 FT & W 1269.00 FT FROM
               THE GLO BRASS CAP MONUMENT AT THE SE COR
               OF SEC 36 T1SR3E SLBM FROM WH GLO MONUMENT THE SUMMIT
               COUNTY BRASS CAP MONUMENT
               AT THE NE COR OF SD SEC 36 BEARS DUE N (BASIS OF BEARING); TH
               W 519.00 FT TH S
               10*00' E 355.00 FT; TH SW'LY 640.00 FT ALONG THE ARC OF A 636.62 FT
               RAD CUR TO
               THE RIGHT THROUGH A CENTRAL ANGLE OF 57*36'00" (CHORD
               BEARS S 18*48' W 613.39
               FT); TH N 48*30' W 511.34 FT (PRIOR DEED = 510 FT); TH N 591.45 FT
               (PRIOR DEED
               = 572.4 FT) TO THE PT OF BEG CONT 2.68 AC IN SEC 1 M31-324 M209-

764 311-777
598-629 612-46-48 698-276 863-150(REF:1425-123)

Account Id     0060719

Parcel Number PP-2-E-A

Situs Address

Legal          BEG AT A PT WH IS S 1}50'E 829 FT FR THNW COR OF LOT 2 SEC 1 T2S
               R3E,SLBM SD PT OF BEG BEING ON TH W LOT LINE OF SD LOT 2, &
               RUN TH S ALG SD LOT LINE 217.5 FT
               TH E 121 FT, TH N 217.5 FT TH W 121 FTTO THE PT OF BEG CONT 0.60
               ACRES
               (REM DESC) M68-462 M78-613 M77-604M221-431 M191-59 M270-695 370-
               404
               383-561 572-203 594-449 638-731 776-427776-432 857-344 866-818
               (REF:828-630 857-322 866-775 & 866-806)

Account Id     0249171

Parcel Number PP-2-E-2

Situs Address

Legal          BEG AT NW COR OF LOT 2 SEC 1 T2S R3E,SLBM; TH S 1}50'E 715 FT;
               TH E 121 FT TH N 714.25 FT; TH W 131 FT TO BEG CONT2.07 ACRES
               (REM DESC) 370-404 572-203
               594-449 638-731 776-432 857-344(REF:857-322 & 866-775) 866-818

Account Id     0060701

Parcel Number PP-2-E

Situs Address

Legal      BEG AT NE COR PARCEL CONVEYED BY WDM24-564 #110522 TH E
ALG N LINE SD SEC
145 FT; TH S 713 FT TH W 145 FT N 713 FT TO BEG 2.37 AC M67-370
M24-564
M37-649-50 M33-644 M37-461 M148-466M194-539 572-203 594-449 638-731
776-432(REF: 828-629 857-322 866-775 & 866-806) 857-344 866-818

Account Id      0250872

Parcel Number PP-2-D-3

Situs Address

Legal      BEG NW COR PROPERTY CONVEYED BY DEEDM20-389, SD PT BEING
ON N LINE SEC 1,
T2SR3E,SLBM AT PT W 2753 FT FR NE CORSEC 1, & S 713 FT TO P.O.B.
PROPERTY TO
BE DESC TH W 156 FT TH S 333.5 FT M/LTH E 156 FT, TH N 333.5 FT M/L
TO TRUE
P.O.B. CONT 1.19 ACRES 410-503 412-174572-203 576-211 579-669 594-449
638-731
776-432 (REF:628-630 857-322 866-775)857-344 866-818

Account Id      0060693

Parcel Number PP-2-D-2

Situs Address

Legal      BEG NW COR PROPERTY CONVEYED BY SP WD BK M20-0G 389, SD PT
BEING ON N LINE SEC 1 T2SR3E,SLBM, AT PT W 2753 FT FR NE CORSD
SEC 1,RUN TH W 156 FT, S ALG E LINE
PROPERTY CONVEYED BY WD BK M37-650, 713FT; TH E 156 FT; N 713
FT TO BEG 2.55 AC M67-369 M194-539 410-503 412-174572-203 576-211
579-669 594-449 638-731
776-432 (REF:828-629 857-322 866-775 &866-806) 857-344 866-818

Account Id    0060685
Parcel Number PP-2-D-1

Situs Address

Legal    BEG SE COR PARCEL DESCRIBED IN WD BKM24-564 ENTRY NO
110522,TH N ALG E LINE
SD PARCEL 219.5 FT; TH E 145 FT; TH S219.5 FT; TH W 145 FT TO BEG
CONT 0.73
ACRES M38-213 M189-535 M191-59&63(REM DESC) 383-561 572-203 594-
449
638-731 776-427-432 (REF:857-322 866-775 & 866-806) 857-344 866-818

Account Id    0060677
Parcel Number PP-2-D

Situs Address

Legal    BEG AT A PT S 828 FT & W 3153 FT FR NECOR SEC 1 T2S R3E,SLBM
RUN TH N 1}50' W
114 FT; TH E 266 FT; TH S 114 FT M/L;THW 266.00 FT M/L TO BEG CONT
0.70 ACRES
(REM DESC) M20-389 M67-367 383-561410-503 572-203 594-449 638-731
776-432
(REF:828-622 857-322 866-775 & 866-806) 857-344 866-818

Account Id    0214670
Parcel Number PP-2-C-1

Situs Address

Legal    BEG AT PT 2753 FT W OF NE COR SEC 1 T2SR3E SLBM RUN TH E 289.5
FT; S 504.5 FT; W 289.5 FT; TH N 504.5 FT TO PT OF BEG CONT 3.35 AC
866-830 M191-61 383-561
410-503 412-174 576-211 579-669 594-449638-731 776-432 828-629 (REF:828-
630)
857-322-344 (REF:866-775 & 866-806)(866-818 & 866-830) (REF:1425-123)

Account Id      0060651
Parcel Number PP-2-B

Situs Address

Legal            (PARCEL THREE:) COMMENCING AT A PT WH IS S 1046.50 FT FR A PT
                 ON THE N SEC LINE
                 OF SEC 1,T2SR3E,SLBM, WH PT IS W 2755.00 FT FR THE NE COR OF SD
                 SEC, & RUN TH S
                 35 FT, M/L TO THE N LINE OF THE PARCELOWNED BY JOHN H
                 BARNARD; TH W 400 FT M/L TO THE 1/4 SEC LINE; TH N'LY ALG SD
                 1/4 SEC LINE 35 FT M/L TO A PT WH IS DUE
                 W OF THE PT OF COMMENCEMENT; TH E 400 FT M/L TO THE PT OF
                 COMMENCEMENT CONT 0.32 ACRES M20-389 M21-282 M31-327 M34-
                 719M64-27 M16-148 322-291 371-278 691-93
                 728-783 776-428-432 857-344 866-818(REF:828-629 857-322 866-775 & 866-
                 806)

Account Id      0296727
Parcel Number PP-102-D-3-E

Situs Address

Legal            COMM AT A PT ON THE N R/W LINE OF PARK WEST DR & THE W
                 BOUNDARY OF U-224 ACCESS R/W & WH PT IS APPROX N 1929 FT & E
                 1188.59 FT FROM THE SW COR OF SEC 31 T1SR4E SLBM & RUN TH S
                 72.00 FT TO A PT ON THE S R/W 264.57 FT TO A PT OF TANGENCY ON
                 A 900.00 FT RAD CUR TO THE LEFT; TH SW'LY ALONG THE ARC OF SD
                 CUR & ALONG THE S R/W LINE OF PARK WEST DR 651.88 FT TO
                 ANOTHER PT OF TANGENCY; TH S 48*38' W ALONG SD R/W LINE
                 321.19 FT TO A PT ON A 392 FT RAD CUR TO THE RIGHT; TH W'LY
                 ALONG SD R/W LINE & ALONG THE ARC OF SD CUR 110 FT M/L TO A
                 PT ON THE W SEC LINE OF SD SEC 31; TH N ALONG SD W SEC LINE 80
                 FT M/L TO A PT ON THE N R/W LINE OF PARK WEST DR; TH NE'LY
                 ALONG SD N R/W LINE & ALONG THE ARC OF 320.00 FT RAD CUR TO
                 THE LEFT 50 FT M/L TO A PT OF TANGENCY; TH N 48*30' E ALONG SD
                 N R/W LINE 255.19 FT TO A PT ON A 15.00 FT RAD CUR TO THE LEFT;
                 TH N'LY ALONG THE ARC OF SD CUR 23.56 FT TO A PT OF
                 TANGENCY;TH N 41*30' W 114.95 FT TO A PT ON A 254 FT RAD CUR TO
                 THE LEFT; TH NW'LY ALONG THE ARC OF SD CUR 117.48 FT TO A PT
                 OF TANGENCY; TH N 68*00' W 76.72 FT TO A PT ON A 416.00 FT RAD
                 CUR TO THE RIGHT; TH NW'LY ALONG THE ARC OF SD CUR 203.29 FT

TO A PT OF TANGENCY; TH N 40*00' W 57.53 FT; TH N 50*00' E 36.00 FT;
TH S 40*00' E 57.53 FT TO A PT ON A 380.00 FT RAD CUR TO THE LEFT;
TH SE'LY ALONG THE ARC OF SD CUR 185.70 FT TO A PT OF
TANGENCY; TH S 68*00' E 76.72 FT TO A PT ON A 290.00 FT RAD CUR
TO THE RIGHT; TH SE'LY ALONG THE ARC OF SD CUR 134.13 FT; TH S
41*30' E 114.95 FT TO A PT ON A 15.00 FT RAD CUR TO THE LEFT; TH
E'LY ALONG THE ARC OF SD CUR 23.56 FT TO A PT OF REVERSE CUR
ON A 972.00 FT RAD CUR TO THE RIGHT WH PT IS ON THE N R/W LINE
OF PARK WEST DR; TH E'LY ALONG THE ARC OF SD CUR & ALONG
SD N R/W 704.02 FT TO A PT OF TANGENCY; TH E ALONG THE
AFORESAID N R/W LINE 264.40 FT M/L TO THE PT OF
COMMENCEMENT CONT 2.66 AC
(LESS 0.38 AC LYING IN LOTS 13,14 & 15 PARK CITY WEST PLAT NO 1)
(LESS 0.19 AC M/L 1843-1404 EWD1 PP-74-C-1)
(LESS 0.15 AC M/L 1843-1413 EWD6 PP-74-C-2)
(LESS 1.75 AC M/L 2006-1395 PP-102-CRD-X AKA CANYON RESORT DR)
BAL 0.15 AC M/L 776-436 (SEE WD-857-322 SNYDERVILLE LAND CO TO
PARK WEST LAND CO) (REF:857-325) (SEE SWD-946-21 PARCEL G-2
PARK WEST LAND CO TO SNYDERVILLE LAND CO) (SEE WD-976-275
PARK WEST LAND CO TO TIMBERWOLF DEV LC) (SEE QCD-976-661
TIMBERWOLF DEVELOPMENT LC TO WASATCH CAPITAL CORP)
(NOTE:1075-766 CORRECTS DESC IN 1058-274) 1075-766 1761-1126 1780-
1300-1303 (NOTE: ORD #622 1796-733 VACATES R/W CANYONS
RESORT DRIVE)

Account Id      0296719
Parcel Number PP-102-D-3-D

Situs Address

Legal           COMM AT A PT WH IS N 2458.79 FT & E 747.03 FT FROM THE SW COR
                OF THE AFORESAID SEC 31 & RUN TH S 150.2 FT M/L TO A PT ON THE
                NE COR OF THE BOUNDARY OF THE PARK WEST CONDOMINIUMS
                (CLUSTER PORTION); TH W ALONG SD BOUNDARY 325.08 FT; TH S
                ALONG SD BOUNDARY 140.00 FT; TH W ALONG SD BOUNDARY 215.50
                FT; TH S 40*00' W ALONG SD BOUNDARY 168 FT; TH S 50*17' E ALONG
                SD BOUNDARY 89.03 FT; TH S 69*24' W ALONG SD BOUNDARY 60.00
                FT; TH N 20*36' W ALONG SD BOUNDARY 30.00 FT; TH S 69*24' W
                ALONG SD BOUNDARY 60.00 FT; TH S 20*36' E ALONG SD BOUNDARY
                117.30 FT; TH N 69*24' E ALONG SD BOUNDARY 60.00 FT; TH S 20*36' E
                ALONG SD BOUNDARY 30.00 FT; TH N 69*24' E ALONG SD BOUNDARY

60.00 FT; TH S 2*29' E ALONG SD BOUNDARY 36.10 FT; TH S 45*30'
ALONG SD BOUNDARY 51.85 FT; TH SW'LY 22 FT M/L ALONG SD
BOUNDARY & ALONG THE ARC OF A 15.27 FT RAD CUR TO THE
RIGHT THROUGH A CENTRAL ANGLE OF 84*35'51" (CHORD BEARS S
87*47'56" W 20.19 FT) TO A PT ON TH E'LY LINE OF SUMMIT DRIVE; TH
NW'LY 91.60 FT ALONG SD STREET LINE & THE ARC OF A 290.00 FT
RAD CUR TO THE LEFT THROUGH A CENTRAL ANGLE OF 18*05'51"
(CHORD BEARS N 58*57'06" W 91.22 FT); TH ALONG SD STREET LINE N
68*00' W 73.72 FT M/L TO A PT ON THE W SEC LINE OF SEC 31; TH N
ALONG SD SEC LINE 240 FT M/L TO A PT WH IS N 2103.17 FT FROM
THE SW COR OF SEC 31; TH E 35.52 FT; TH N 101.10 FT; TH E 342 FT; TH
N 254.18; TH E 325 FT M/L TO A PT OF COMMENCEMENT CONT 2.60 AC
(LESS 1.84 AC 1843-1404 EWD2 PP-102-D-3-F)
(LESS 0.03 AC M/L EWD6 1843-1413 PP-74-C-2) BAL 0.73 AC M/L 776-429
838-622 946-21 1077-442 (NOTE: 1077-442 CONTAINS ERRORS IN THE
DESCRIPTION)


Account Id      0205595
Parcel Number PP-102-D-3-1

Situs Address

Legal           BEG AT PT N ALONG SEC LINE 2103.17 FT FROM SW COR OF SEC 31
                T1SR4E SLBM & RUN TH N ALONG SD W LINE OF SEC 31, 355.62 FT;
                TH E 377.52 FT; TH S 254.18 FT; TH W 342 FT; TH S 101.10 FT; TH W 35.52
                FT TO PT OF BEG CONT 2.29 AC
                (LESS 1.9 AC 1843-1404 EWD2 PP-102-D-3-F) BAL 0.39 AC M189-579
                M251-33-40 313-223 564-315 587-19 1059-203 (SEE QCD-1328-257-262-268
                INT OF PARK WEST ASSOC LLC)


Account Id      0052922
Parcel Number PP-102-C-2

Situs Address

Legal           COMM AT A PT ON THE W SEC LINE OF SEC 31 T1SR4E SLBM WH PT
                IS ALSO ON THE S BOUNDARY OF PARK CITY WEST PLAT NO 1;
                ACCORDING TO THE OFFICIAL PLAT THEREOF ON FILE & OF

RECORD IN THE OFFICE OF THE SUMMIT COUNTY RECORDER & WH
PT OF N 1254 FT M/L FROM THE SW COR OF SD SEC 31; & RUN TH N
180 FT M/L ALONG SD SEC LINE TO A PT ON THE NW'LY BOUNDARY
LINE OF PARKWEST DR R/W; TH NE'LY ALONG SD NW'LY
BOUNDARY LINE & ALONG THE ARC OF 320.00 FT RAD CUR TO THE
LEFT 50 FT M/L TO A PT OF TANGENCY; TH N 48*30' E ALONG SD N
R/W LINE 255.19 FT TO A PT ON A 15.00 FT RAD CUR TO THE LEFT; TH
N'LY ALONG SD BOUNDARY LINE & ALONG THE ARC OF SD CUR
23.56 FT TO A PT OF TANGENCY; TH N 41*30' W 114.95 FT (ALONG THE
SW'LY BOUNDARY OF A R/W KNOWN AS SUMMIT DR) TO A PT ON A
254 FT RAD CUR TO THE LEFT; TH NW'LY ALONG THE AFORESAID
R/W & ALONG THE ARC OF SD CUR 117.48 FT TO A PT OF TANGENCY;
TH N 68*00' W 76.72 FT ALONG SD R/W TO A PT ON A 416.00 FT RAD
CUR TO THE RIGHT; TH NW'LY ALONG SD R/W & ALONG THE ARC OF
SD CUR 203.29 FT TO A PT OF TANGENCY; TH N 40*00' W 57.53 FT
ALONG SD R/W; TH N 50*00' E 36.00 FT; TH S 40*00' E 57.53 FT ALONG
THE NE'LY BOUNDARY OF THE AFORESAID R/W TO A PT ON A 380.00
FT RAD CUR TO THE LEFT; TH SE'LY ALONG SD R/W & THE ARC OF
SD CUR 185.70 FT TO A PT OF TANGENCY; TH S 68*00' E 76.72 FT
ALONG SD R/W TO A PT ON A 290.00 FT RAD CUR TO THE RIGHT; TH
SE'LY ALONG SD R/W & THE ARC OF SD CUR 134.13 FT TO A PT OF
TANGENCY; TH S 41*30' E 114.95 FT ALONG SD R/W TO A PT ON A
15.00 FT RAD CUR TO THE LEFT; TH E'LY ALONG THE ARC OF SD CUR
23.56 FT TO A PT OF REVERSE CURVATURE ON A 972.00 FT RAD CUR
TO THE RIGHT WH PT IS IN THE N R/W LINE OF PARK WEST DR; TH
E'LY ALONG THE ARC OF SD CUR & ALONG SD N R/W 704.02 FT TO A
PT OF TANGENCY; TH E ALONG SD N R/W LINE 264.4 FT M/L TO A PT
ON THE W BOUNDARY OF THE U-224 ACCESS R/W WH PT IS APPROX
N 1929 FT & E 1188.59 FT FROM THE SW COR OF SEC 31; & RUN TH S
ALONG SD W BOUNDARY 78.39 FT TO A PT ON THE S BOUNDARY OF
SD R/W; TH S 86*29'46" E ALONG SD S BOUNDARY 167.71 FT; TH SE'LY
ALONG THE ARC OF A 1230.92 FT RAD CUR TO THE LEFT & THE
WBOUNDARY LINE OF THE MAIN U-224 R/W 293.77 FT TO A PT WH IS
N 290 FT FROM THE S BOUNDARY LINE OF THE AFORESAID PARK
CITY WEST PLAT NO 1; TH W 696 FT M/L TO A PT ON THE W
BOUNDARY LINE OF LOT 8 PARK CITY WEST PLAT NO 1 & ALSO ON
THE EXTENSION OF THE E BOUNDARY OF THE BROOK AVE R/W
(APPROX 710 FT E FROM THE W SEC LINE); TH S 290.00 FT TO A PT ON
THE S BOUNDARY OF PARK CITY WEST PLAT NO 1; TH W ALONG SD
S BOUNDARY 710 FT M/L TO THE PT OF COMMENCEMENT CONT
13.27 AC; (EXCEPTING THEREFROM: THE FOLLOWING PARCEL:
COMM AT A PT WH IS N 1836.89 FT & E 957.35 FT FROM THE SW COR
OF THE AFORESAID SEC 31; & RUN TH S 144 FT; TH W 100 FT; TH N 144
FT; TH E 100 FT TO THE PT OF COMMENCEMENT CONT 0.33 AC);
ALSO LESS & EXCEPTING THE FOLLOWING PARCEL: THE S 4.31 FT
OF LOT 18 TH S 85.56 FT OF LOTS 8,9,10,11 & 23 ALL, LOTS

A,19,24,25,26,27,28,29,30,31 & 32 OF PARK CITY WEST SUBDIVISION
PLAT 1 TOGETHER WITH THOSE PORTIONS OF MAJOR DR & ENSIGN
DR ABUTTING SD PROPERTY) (LESS 2.64 AC 776-436 PP-102-D-3-E)
(LESS E1/2 OF BROOK AVE LYING WITHIN PARK CITY WEST PLAT NO
1) (LESS 1.17 AC LOWER VILLAGE PARCEL 1
SUBDIVISION)
(LESS 1.46 AC M/L 1843-1404 LV2A PP-102-C-2-A)
(LESS 0.26 AC M/L 1843-1404 LV3 P-102-C-2-B)
(LESS 0.54 AC M/L 1843-1404 EWD2 PP-102-D-3-F)
(LESS 0.72 AC 1843-1413 LV11 PP-102-B-C)
(LESS 0.04 AC M.L 2006-1395 PP-102-CRD-X AKA CANYON RESORT DR)
BAL 5.993 AC M/L M222-639 383-561 412-162 576-211 579-669 828-622 976-
275-661 1014-125 (NOTE: ORD #332-A 1272-633 VACATES THAT
PORTION WH WAS PREVIOUSLY PART OF PARK CITY WEST
SUBDIVISION NO 1) 1761-1126 1780-1300-1303 (NOTE: ORD #622 1796-
733 VACATES R/W CANYONS RESORT DR) (SEE QCD-1995-286
SUMMIT COUNTY MUNICIPAL BUILDING AUTHORITY TO SUMMIT
COUNTY; THE LOWER VILLAGE DEVELOPMENT AREA MASTER PLAT
DESC IS USED)

Account Id      0319479
Parcel Number PP-102-B-3-A

Situs Address

Legal            COMM AT A PT ON THE W SEC LINE WH IS 1014.78 FT N OF THE SW
COR OF SEC 31 T1SR4E SLBM; & RUN TH N ALONG SD SEC LINE 239.22
FT M/L TO A PT ON THE S BOUNDARY LINE OF PARK CITY WEST
PLAT NO 1; ACCORDING TO THE OFFICIAL PLAT THEREOF ON FILE &
OF RECORD IN THE OFFICE OF THE SUMMIT COUNTY RECORDER; TH
E ALONG THE S BOUNDARY LINE 850 FT; TH S 238.22 FT M/L TO A PT
WH IS N 1015.78 FT FROM THE S SEC LINE OF SEC 31; TH W 139.96 FT;
TH S 1 FT; TH W 710.04 FT M/L TO THE PT OF COMMENCEMENT CONT
4.665 AC
(LESS 0.65 AC LOWER VILLAGE PARCEL 1 SUBDIVISION)
(LESS 1.01 AC 1843-1404 LV3 PP-102-C-2-B)
(LESS 0.35 AC 1843-1413 LV11 PP-102-B-C) BAL 2.66 AC 976-274-661
1071-688 1761-1126 1780-1300-1303

Account Id      0052856
Parcel Number PP-102-B-3

Situs Address
Legal           (REMAINING DESC WRITTEN FOR ASSESSMENTPURPOSES) BEG AT A
                PT N 1015.78 FT & E
                APPROX 710.04 FT FR THE SW COR SEC 31,T1SR4E,SLBM & RUN TH E
                139.96 FT. TH S
                1 FT TH W 139.96 FT TH N 1 FT TO THE PTOF BEG CONT 139.96 SQ FT
                OR 0.003 ACRES
                (REMAINING DESC IS DERIVED FROM BOOK946-25 PARCEL F-2 LESS
                BOOK 976-274)
                M184-677 M121-837 M15-614 M10-561M11-345 M33-405-644-7 M148-466
                M161-685
                M194-539 370-404 410-513 412-174 576-211 579-669 776-431 857-322 946-21-
                25
                1184-706

Account Id      0346076
Parcel Number GSHS-ALL

Situs Address 3855 N GRAND SUMMIT DR
Legal           ALL OF GRAND SUMMIT HOTEL SITE PLAT SUB; ACCORDING TO THE
                OFFICIAL PLAT ON FILE
                IN THE SUMMIT RECORDERS OFFICECONT 2.79 AC 1217-148 1305-680
                (LESS GRAND SUMMIT RESORT HOTEL AT THECANYONS
                CONDOMINIUM) BAL 0.01 AC M/L

Account Id      0305163
Parcel Number PW-2-3-A

Situs Address
Legal           SUBDIVISION: PRK CT WST 2 LOT: 3, SECTION: 1 TOWNSHIP: 2S
                RANGE: 3E THE "MALL" PARCEL AND LOTS 3,4, 25 & 26ALSO THE S
                90.5 FT OF LOT 27, PARK CITY
                WEST PLAT NO 2 ACCORDING TO THE OFFICIAL PLAT ON FILE IN

THE SUMMIT COUNTY
RECORDERS OFFICE CONT 3.16 ACRES866-783-787-816-817-818
(LESS 0.01 AC SUNDIAL LODGE FINAL SITEPLAN & SUNDIAL LODGE
AMENDED SITE PLAT)
(PREVIOUSLY A PART OF PW-2-1)(LESS 0.09 AC GRAND SUMMIT
HOTEL SITE
PLAT) BAL 3.06 ACCANCEL (VACATED 1272-633 NOW ASSESSED
UNDER PP-75-6) 8/9/99

Account Id      0304091
Parcel Number PP-74-C

Situs Address

Legal          S 36 T 1S R 3E COMM AT A PT WH IS ON THE E SEC LINE OFSEC 36
               T1SR3E SLBM WH PT IS S 543.33 FT
               FROM THE NE COR OF THE SE1/4 OF SD SEC & RUN TH S ALONG THE
               SEC LINE TO A PT ON
               THE N BOUNDARY OF A R/W KNOWN AS PARK WEST DR; TH W'LY
               150 FT M/L ALONG SD
               BOUNDARY TO A PT WH IS ON AN ANGLE BETWEEN THE S
               BOUNDARY & THE E BOUNDARY OF
               PARK WEST CONDOMINIUMS (GEORGETOWN PORTION) ACCORDING
               TO OFFICIAL PLAT THEROF ON FILE & OF RECORD IN OFFICE OF
               SUMMIT COUNTY RECORDER (AS AMENDED BY SUBSEQUENT
               DEEDS); TH N 18*22'45" W 69.41 FT ALONGSD E BOUNDARY; TH N
               15*45'01" W ALONG SD BOUNDARY 27.04 FT; TH N 14*18'58" W ALONG
               SD BOUNDARY 17.39 FT; TH N 49*23'05"
               E ALONG SD BOUNDARY 85.63 FT; TH N 4*50' W ALONG SD
               BOUNDARY 163 FT; TH N 54*51' W ALONG SD BOUNDARY 123.18 FT;
               TH N 50*00' E ALONG SD BOUNDARY 60.97 FT; TH N
               46*49'43" W ALONG SD BOUNDARY 171.89 FT; TH S 57*00' W ALONG
               SD BOUNDARY 3.79
               FT; TH S 50*00' W ALONG SD BOUNDARY 94.00 FT; TH N 40*00' W
               (ALONG SD BOUNDARY
               FOR THE FIRST 100.70 FT) 270 FT M/L TO A PT WH IS S 543.33 FT FROM
               THE S1/2 OF
               THE AFORESAID SEC 36; TH E'LY 550 FT M/L TO THE PT OF
               COMMENCEMENT CONT 3.71 AC
               (LESS 0.46 AC PARK WEST CONDO)(LESS 0.21 AC 776-537 PP-102-D-3-E)
               (LESS 0.27 AC 857-320 ASSESSED WITH ALLUNITS PARK WEST

CONDOS) 946-21 1077-442
(REF:1425-123)

Account Id      0304083
Parcel Number PP-74-F

Situs Address

Legal          S 36 T 1S R 3E PARCEL C: COMM AT A PT ON THE E'LY BOUNDARY
               LINE OF THE PARK WEST CONDOMINIUM
               (GEORGETOWN PORTION) ACCORIDNG TO THE OFFICIAL PLAT
               THEREOF ON FILE WITH OFFICE
               OF SUMMIT COUNTY RECORDER SD PT OF COMMENCEMENT BEING
               N 1988.35 FT & W 194.81 FT FROM THE SE COR OF SEC 36 T1SR3E
               SLBM;& RUN TH ALONG SD E'LY CONDO BOUNDARY
               LINE S 40*00' E 133.14 FT; TH S 50*00' W 83.30 FT TO PT 45.00 FT
               PERPENDICULARLY DISTANT NE'LY FROM THE E'LY EDGE OF A RR
               TIE RETAINING WALL; TH PARALLEL WITH
               SD RETAINING WALL N 46*49'43" W 146.55 FT; TH N 57*00' E 101.48 FT
               TO THE PT OF
               COMMENCEMENT CONT 0.29 AC; PARCEL E: COMMENCING AT A PT
               IN THE E'LY BOUNDARY
               LINE OF THE PARK WEST CONDO (GEORGETOWNPORTION)
               ACCORDING TO OFFICIAL PLAT
               THEREOF ON FILE IN SUMMIT COUNTY RECORDERS OFFICE SD PT
               OF COMMENCEMENT BEING N
               1558.39 FT & W 105.54 FT FROM THE SW COR OF SEC 36 T1SR3E SLBM;
               & RUN TH ALONG
               SD E'LY CONDO BBOUNDARY LINE S 7*31' W 164.63 FT TO A PT ON
               THE N'LY LINE OF
               PARK WEST DR; TH W'LY 10.02 FT ALONG SDSTREET LINE & THE
               ARC OF A 320.00 FT RAD CUR TO THE RIGHT THROUGH A CENTRAL
               ANGLE OF 1*47'39" (CHORD BEARS S 82*43'07" W 10.02 FT); TH N
               18*22'45" W 69.41 FT; TH N 15*45'01" W 27.04 FT; TH N 14*18'58" W 17.39
               FT; TH PARALLEL TO THE SE'LY SIDE OF BLDG 23 OF THE
               AFORESAID CONDO N
               49*23'05" E 85.63 FT TO THE PT OF COMMENCEMENT CONT 0.12 AC
               BAL 0.41 AC
               (PREVIOUSLY PART OF THE COMMON AREA OFPARK WEST
               CONDOMINIUM) 857-331 946-21
               1077-442 (REF:1425-123)

Account Id      0304075
Parcel Number PP-102-PW

Situs Address
Legal              S 31 T 1S R 4E PARCEL J: COMMENCING AT AN ANGLE PT INTHE
                   WESTERN BNDRY LINE OF THE PARK WEST
                   CONDOMINIUM (CLUSTER PORTION) ACCORDINGTO THE OFFICIAL
                   PLAT THEREOF ON FILE
                   WITH THE SUMMIT COUNTY RECORDER OFFICE,SD PT OF
                   COMMENCEMENT ALSO BEING IDENTIFIED AS N 2041.97 FT, E 98.47
                   FT & N 40*00' 168.00 FT FR THE SW COR OF SEC 31,
                   T1SR4E,SLBM ; & RUN TH E ALG SD BNDRYLINE 215.50 FT; TH N 70 FT
                   ALG SD BNDRY
                   LINE TO THE TRUE PT OF BEG; TH N ALG SDBNDRY LINE 70 FT; TH E
                   ALG SD BNDRY LINE 70 FT; TH S 45*00' W 99 FT M/L TO THETRUE PT
                   OF BEG CONT 0.06 ACRES 857-331
                   (PREVIOUSLY A PART OF THE COMMON AREA OF PARK WEST
                   CONDOMINIUMS) 946-21 1184-699

Account Id      0304125
Parcel Number PP-73-A-1

Situs Address
Legal              SECTION: 36 TOWNSHIP: 1S RANGE: 3E THE W 1/2 OF THE SW 1/4 SEC
                   36,T1SR3E,SLBM CONT 80.0 ACRES (EXCEPTING THE N
                   200 FT OF THE W 200 FT CONT 0.92 ACRES)BAL 79.08 ACRES 857-344
                   866-806-818
                   (CANCELLED NOW RECOMBINED WITH PP-73-A)

Account Id      0301865
Parcel Number PW-1-9-B

Situs Address
Legal              SUBDIVISION: PRK CT WST 1 LOT: 9, SECTION: 31 TOWNSHIP: 1S
                   RANGE: 4E THE NORTH 56.3 FT OF LOT 9 OF PARK CITYWEST PLAT
                   NO 1, AS RECORDED IN THE
                   OFFICIAL RECORDS OF SD COUNTY CONT 0.11ACRES 835-226 857-322

976-275-661
1014-125(NOTE: THE ABOVE PARCEL WAS VACATED BY
ORD NO 332-A 1272-633 & FOR ASSESSMENTPURPOSES COMBINED
WITH PP-102-C-2 FOR
TAX YEAR 2000)CANCEL COMBINED WITH PP-102-C-2 8/3/99

Account Id      0379853
Parcel Number PW-2-20-A

Situs Address

Legal            SUBDIVISION: PRK CT WST 2 LOT: 20, THE S'LY 50 FT OF LOT NO 20
                 OF PARK CITY WEST PLAT NO 2, ACCORDING TO THE
                 OFFICIAL PLAT THEREOF ON FILE & OFRECORD IN THE OFFICE OF
                 THE SUMMIT
                 COUNTY RECORDER CONT 0.10 ACRES 1053-43(REF:1058-273) 1058-
                 286-287
                 CANCEL (VACATED 1272-633 NOW ASSESSEDUNDER PP-75-5) 8/9/99

Account Id      0316665
Parcel Number PW-2-19-21

Situs Address

Legal            SUBDIVISION: PRK CT WST 2 LOT: 20, LOTS 20,21 AND THE EAST 1/2
                 OF LOT 19OF PARK CITY WEST PLAT NO 2 ACCORDING
                 TO THE OFFICIAL PLAT ON FILE IN THESUMMIT COUNTY
                 RECORDERS OFFICE
                 (LESS SOUTH 50 FT LOT 20 1053-43PW-2-20-A CONT 0.10 ACRES) BAL
                 1.45 AC
                 946-21-25 1010-606(REF:1043-51, 1058-272) 1077-440
                 CANCEL (VACATED 1272-633 NOW ASSESSEDUNDER PP-75-5) 8/9/99

Account Id      0277941
Parcel Number PW-1-13-20

Situs Address

Legal            SUBDIVISION: PRK CT WST 1 LOT: 13, SECTION: 31 TOWNSHIP: 1S
                 RANGE: 4E THE NORTHERN 72 FT OF LOTS 13,14,15 & 20 OF PARK

CITY WEST PLAT NO 1 AS RECORDED IN TH OFFICE OF THE
RECORDER OF SUMMITCOUNTY CONT 0.75 ACRES 619-675
(LESS 0.369 AC 645-113 PW-1-UDOT-X)BAL 0.38 ACRES 776-436
(SEE QCD 828-623 HALBET ENGINEERING INCTO PARK WEST LAND
CO LOTS 13,14 & 20)
(SEE WD 857-322 SNYDERVILLE LAND CO TOPARK WEST LAND CO)
(SEE WD 976-275 PARK WEST LAND CO TOTIMBERWOLF DEV L.C.)
(SEE WD 976-661 TIMBERWOLF DEV L.C. TOWASATCH CAPITAL
CORP)
(NOTE: 1075-766 CORRECTS DESC IN1058-274) 1014-125
(NOTE: THE ABOVE PARCEL WAS VACATED BYORD NO 332-A 1272-
633 & FOR ASSESSMENT
PURPOSES COMBINED WITH PP-102-C-2 FORTHE TAX YEAR 2000)
CANCEL COMBINED WITH PP-102-C-2 8/3/99

Account Id      0056881
Parcel Number PW-2-1

Situs Address

Legal           SUBDIVISION: PRK CT WST 2 LOT: 1, SECTION: 36 TOWNSHIP: 1S
                RANGE: 3E LOTS 1,2,28,& 29 ALSO THE N 46 FT OF LOT 27 PARK CITY
                WEST #2 SUBDIVISION,
                CONT 2.88 ACRESM31-353 M32-318 M33-634-647 M148-466
                M161-684 410-504 412-174 194-539576-208-211 638-731 661-576 828-622
                857-322 946-21 1010-606 1058-278-284(VESTING DEED 1058-265) 1077-440
                (LESS 1.92 AC GRAND SUMMIT HOTEL SITEPLAT) BAL 0.96 AC
                CANCEL (VACATED IN 1272-633 NOW ASSESSED UND PP-75-6) 8/9/99

Account Id      0056493
Parcel Number PW-1-1

Situs Address

Legal           SUBDIVISION: PRK CT WST 1 LOT: 1, SECTION: 31 TOWNSHIP: 1S
                RANGE: 4E THAT PORTION OF THE FOLLOWING PARCELLYING IN
                PARK CITY WEST PLAT NO 1 SUBD.
                COMMENCING AT A PT ON THE W SEC LINE OFSEC 31,T1SR4E,SLBM,
                WH PT IS ALSO ON THE S BNDRY OF PARK CITY WEST PLAT NO
                1ACCORDING TO THE OFFICIAL PLAT THEREOF
                ON FILE & OF RECORD IN THE OFFICE OF THE SUMMIT COUNTY
                RECORDER. & WH PT OF N
                1254 FT, M/L; FR THE SW COR OF SD SEC 31 & RUN TH N 180 FT, M/L

ALG SD SEC LINE
TO A PT ON THE NW'LY BNDRY LINE OF PARKWEST DRIVE R/W; TH
NE'LY ALG SD NW'LY
BNDRY LINE & ALG THE ARC OF 320.00 FTRAD CUR TO THE LEFT 50
FT, M/L, TO A PT
OF TANGENCY; TH N 48*30'E ALG SD N R/WLINE 255.19 FT TO A PT ON
A 15.00 FT
RAD CUR TO THE LEFT; TH N'LY ALG SD BDRY LINE & ALG THE ARC
OF SD CUR 23.56 FT
TO A PT OF TANGENCY TH N 41*30'W 114.95FT (ALG THE SW'LY
BNDRY OF A R/W KNOWN
AS SUMMIT DRIVE) TO A PT ON A 254 FT RAD CUR TO THE LEFT; TH
NW'LY ALG THE
AFORESAID R/W & ALG THE ARC OF SD CUR117.48 FT TO A PT OF
TANAGENCY; TH N 68*00'W 76.72 FT ALG SD R/W TO A PT ON A416.00
FT RAD CUR TO THE RIGHT; TH NW'LY ALG SD R/W & ALG THE ARC
OF SD CUR203.29 FT TO A PT OF TANGENCY; TH N 40*
00'W 57.53 FT ALG SD R/W; TH N 50*00'E36.00 FT; TH S 40*00' E 57.53 FT
ALG THE NE'LY BNDRY OF THE AFORESAID R/W TO APT ON A 380.00
FT RAD CUR TO THE LEFT;
TH SE'LY ALG SD R/W & THE ARC OF SD CUR185.70 FT TO A PT OF
TANGENCY; TH S 68*
00'E 76.72 FT ALG SD R/W TO A PT ON A290.00 FT RAD CUR TO THE
RIGHT; TH SE'LY ALG SD R/W & THE ARC OF SD CUR 134.13FT TO A
PT OF TANAGENCY; TH S 41*30' E
114.95 FT ALG SD R/W TO A PT ON A 15.00FT RAD CUR TO THE LEFT;
TH E'LY ALG THE
ARC OF SD CUR 23.56 FT TO A PT OFREVERSE CURVATURE ON A
972.00 FT RAD CUR TO THE R WH PT IS ON THE N R/W LINE OFPARK
WEST DRIVE; TH E'LY ALG THE ARC OF
SD CUR & ALG SD N R/W 704.02 FT TO A PTOF TANGENCY; TH E ALG
SD N R/W LN 264.4
FT M/L, TO A PT ON THE W BNDRY OF U-224ACCESS R/W, WH PT IS
APPROXIMATELY N
1929 FT & E 1188.59 FT FR THE SW COR OFSEC 31, & RUN TH S ALG SD
W BNDRY 78.39
FT TO A PT ON THE S BNDRY OF SD R/W; THS 86*29'46" E ALG SD S
BNDRY 167.71 FT;
TH SE'LY ALG THE ARC OF A 1230.92 FT RAD CUR TO THE LEFT &
THE W BNDRY LINE OF
THE MAIN U-224 R/W 293.77 FT TO A PT WHIS N 290 FT FR THE S
BNDRY LINE OF THE
AFORESAID PARK CITY WEST PLAT NO 1; THW 696 FT M/L TO A PT
ON THE W BNDRY LINE OF LOT 8, PARK CITY WEST PLAT NO 1
&ALSO ON THE EXTENSION OF THE E BNDRY OF
THE BROOK AVENUE R/W (APPROX 710 FT E FR THE W SEC LINE); TH

S 290.00 FT TO A PT ON THE S BNDRY OF PARK CITY WEST PLATNO 1;
TH W ALG SD S BDNRY 710 FT M/L, TO THE PT OF
COMMENCEMENT;(LESS 776-436 PP-102-D-3-E)
(LESS THE N 72 FT OF LOTS 13,14 15 & 20OF PARK CITY WEST PLAT
NO 1 SUBD)
(LESS O.11 AC LOT 9 PARK CITY WEST PLATNO 1 SUBD)
(LESS ENSIGN & MAJOR DRIVE & BROOK AVE)(LESS 743-223 PW-1-
UDOT-X)
BAL 5.91 ACRES M/L M31-353 M34-719M47-194 M51-46 160-682 344-444
345-350
383-561 410-511-13 412-174 435-711576-211 619-675 743-223 828-622 857-
322
976-275-661 1014-125(NOTE: THE ABOVE PARCEL WAS VACATED BY
ORD 332-A 1272-633 & FOR ASSESSMENTPURPOSES COMBINED WITH
PP-102-C-2 FOR
TAX YEAR 2000)CANCEL COMBINED WITH PP-102-C-2 8/3/99

B6B (Official Form 6B) (12/07)

In re    WOLF MOUNTAIN RESORTS, L.C., a Utah limited liability company                     Case No.   2:11-bk-30162-PC
                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | X | | | |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Bank of America, N.A. Business Interest Maximizer/Business Investment Account, account no. XXXX XXXX 4079 | - | 0.01 |
| | | | Bank of America, N.A. Business Advantage Checking/Business Economy Checking, account no. XXXX XXXX 3257  (account had negative balance as of petition date) | - | 0.00 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. | Wearing apparel. | X | | | |
| 7. | Furs and jewelry. | X | | | |
| 8. | Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. | Annuities. Itemize and name each issuer. | X | | | |

|  | Sub-Total > | 0.01 |
|---|---|---|
|  | (Total of this page) | |

  6    continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                             Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    WOLF MOUNTAIN RESORTS, L.C., a Utah limited liability company                    Case No.    2:11-bk-30162-PC
                                                          Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | Rent owed by ASC Utah, Inc. dba The Canyons (and by American Skiing Company as guarantor) under Ground Lease Agreement, accrued through petition date, and continuing through 8/1/2011 (payable by 9/15/2011). | - | 3,000,000.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

|  | | Sub-Total > (Total of this page) | | 3,000,000.00 |

Sheet ___1___ of ___6___ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    WOLF MOUNTAIN RESORTS, L.C., a Utah limited liability company       Case No.  2:11-bk-30162-PC
                                                Debtor

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | Small Claims Judgment entered 4/17/1996 against World Wide Entertainment (1375 Loma Ave., Long Beach, CA 90804-2908) and Chris Davain (same address) in Summit Circuit Court, UT, case #96SC47 | - | 5,180.00 |
| | | Small Claims Judgment entered 4/17/1996 against World Wide Entertainment (1375 Loma Ave., Long Beach, CA 90804-2908) and Chris Davain (same address) in Summit Circuit Court, UT, case #96SC50 | - | 2,580.00 |
| | | Claims against ASC Utah, Inc., Joseph L. Krofcheck, English Inn Co., Inc., Fairway Springs, L.L.C., White Pine Development Corp, Deer Path Development Corp., Forum Development L.C., Paul Barker, David John Lawson, as Trustee of the Lawson Family Trust, William H. Snider, and D.A. Osguthorpe Family Partnership, Park West Associates, L.C., IHC Health Services, Inc. fka IHC Hospitals, Inc., and/or their predecessors and/or successors in interest, arising from or related to the "Amended and Restated Development Agreement for The Canyons Specially Planned Area; Snyderville Basin, Summit County, Utah" entered into on 11/15/1999 (the "Canyons SPA Development Agreement"). Such claims generally relate to the obligations of the aforementioned parties under the agreement to provide land and other property rights for the construction of a golf course at The Canyons Ski Resort, and are subject to an arbitration proceeding in California pending as of the petition date. | - | Unknown |
| | | Counterclaims asserted against ASC Utah, Inc. in litigation entitled ASC Utah, Inc. v. Wolf Mountain Resorts, L.C., and related cross actions, District Court, Third Judicial District, Summit County, State of Utah (Utah state court) Consolidated Case #060500297, including, without limitation, claims for fraud, negligent misrepresentation, breach of contract, forfeiture of lease, ejectment, breach of implied covenant of good faith and fair dealing, intentional interference with contract, trespass to chattels and/or conversion, prima facie tort, quiet title, and indemnification | - | Unknown |
| | | Right to purchase from Fairstar Resources, Ltd. a 50% interest in an entity that owns approximately 1,400 acres on the southern tip of the island of Little Exuma in the Bahamas. ***The value stated herein is debtor's best estimate given its knowledge of market conditions. | - | 20,000,000.00 |

|  | Sub-Total > | 20,007,760.00 |
|---|---|---|
|  | (Total of this page) | |

Sheet  2  of  6  continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    WOLF MOUNTAIN RESORTS, L.C., a Utah limited liability company          Case No.   2:11-bk-30162-PC
                                         Debtor

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Rights under the Consent and Settlement Agreement between debtor, ASC Utah, Inc., Talisker Canyons Finance Co LLC, and Jack Bistricer | - | Unknown |
| | | Right to receive a fully serviced 4-unit residential property at the Canyons Ski Resort (Parcel F8) ("Fourplex F8") | - | 1,000,000.00 |
| | | Rights to connect to the Community Water culinary water system (approximately 55 connections). ***Debtor estimates that such rights are valued between $10,000 and $25,000 per connection. The total value stated herein is based on a low estimate of $10,000 per connection. | - | 550,000.00 |
| | | A credit of up to $1,000,000 to purchase real estate product offered for sale at The Canyons by American Skiing Company, American Skiing Company Resort Properties, Inc., or their subsidiaries, pursuant to a letter agreement dated 7/21/2000 between and amongst the debtor, American Skiing Company Resort Properties, Inc., and ASC Utah, Inc. The credit shall be applied via a 33% reduction in the list price of the real estate purchased thereunder. | - | 1,000,000.00 |
| | | Rights under Ground Lease Agreement dated 7/3/1997, as amended, between debtor and ASC Utah, Inc. (and American Skiing Company as guarantor), including but not limited to the rights described below. | - | Unknown |
| | | Right to future rent payments equal to 4% of Gross S&L Revenues pursuant to part 3.01(a) of the Ground Lease Agreement. | - | Unknown |
| | | Right to future rent payments ("additional rent") based on the volume of paid skier visits, pursuant to part 3.01(c) of the Ground Lease Agreement. | - | 14,000,000.00 |
| | | Right to receive payments as consideration for lessee's options to purchase portions of premises on which lessee desires to construct buildings or improvements (such payments shall be equal to roughly 11% of construction costs), pursuant to parts 25.03 to 25.06 of the Ground Lease Agreement. | - | 115,500,000.00 |
| | | ***The value stated herein is an estimate based on construction costs of $115,500,000, which assumes development of 3,500,000 square feet on debtor's property, and construction costs of $300 per square foot. | | |

Sub-Total >        132,050,000.00
(Total of this page)

Sheet  3  of  6  continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    WOLF MOUNTAIN RESORTS, L.C., a Utah limited liability company                    Case No.   2:11-bk-30162-PC
_____,
                                        Debtor

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Right to payment of extension fees pursuant to part 2.02 of the Ground Lease Agreement | - | 3,000,000.00 |
| | | Right to receive Equivalent Development Lots pursuant to First Amended to Ground Lease Agreement, effective 8/3/1998 | - | Unknown |
| | | Rights to receive reimbursement from ASC Utah, Inc. for portions of the existing infrastructure for developments constructed adjacent to Redpine Road, pursuant to letter agreement dated 7/31/1998 executed by ASC Utah, Inc. and debtor. | - | 500,000.00 |
| | | Claims asserted against Oak Hill Capital Parters, LP and others (including without limitation, OHCP GenPar, L.P.; OHCP MGP, LLC; Oak Hill Capital Management Partners, LP; Oak Hill Securities GenPar, LP; Oak Hill Securities Fund, LP; Oak Hill Securities MGP, Inc.; Oak Hill Securities Fund II, LP; Oak Hill Securities GenPar II, LP; Oak Hill Securities MGP II, Inc.; Oak Hill Securities Fund Liquidating Trust; OHCP Ski, LP; Oak Hill ASC I LLC; Oak Hill ASC LLC, and ASC Utah, Inc.) in litigation entitled Wolf Mountain Resorts, L.C. v. Oak Hill Capital Partners, LP, et al., 236th Judicial District, Tarrant County, Texas, Case No. 236-234513-08. | - | Unknown |
| | | Claims asserted in litigation entitled Vail Resorts, Inc. v. Peninsula Advisors, LLC, District Court, City and County of Denver, Colorado, Case No. 07cv7264. The debtor has a right to own the claims through Fairstar Resources, Ltd. | - | Unknown |
| | | Claims asserted against ASC Utah, Inc. and American Skiing Company in litigation entitled Wolf Mountain Resorts LC v. ASC Utah, Inc., et al., Case No. 2:08-cv-00191-TS-SA and Wolf Mountain Resorts LC v. ASC Utah, Inc., el al., U.S. District Court for the District of Utah, Central Division, Case No. 2:09-cv-1094-DN (consolidated), including but not limited to claims for breach of contract. | - | Unknown |
| | | Claims asserted against ASC Utah, Inc. and others (including, without limitation, Enoch Richard Smith, Culp Construction Company, Richard Brande Drywall, Inc., STF Electrical Services, Inc., General Electric Capital Comp, Designteam, Inc., and the Estate of Enoch Smith, Jr.) asserted in litigation entitled Wolf Mountain Resorts, L.C. v. ASC Utah, Inc., et al., District Court, Third Judicial District, Summit County, State of Utah (Utah state court), Case No. 070500485. | - | Unknown |

                                                                    Sub-Total >        3,500,000.00
                                                                   (Total of this page)

Sheet   4   of   6   continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    WOLF MOUNTAIN RESORTS, L.C., a Utah limited liability company    Case No.    2:11-bk-30162-PC
_____
                                        Debtor

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Counterclaims asserted in litigation entitled Park West Associates LLC v. Wolf Mountain Resorts, et al., District Court, Third Judicial District, Summit County, State of Utah (Utah state court), Case No. 060500453 CN. | - | Unknown |
| | | Cross-claims against American Skiing Company in litigation Williams v. Wolf Mountain Group, Inc., et al., Third Judicial District, Summit County, State of Utah (Utah state court), Case No. 080500318, including, without limitation, cross-claims for indemnification and diminishment of Ground Lease. | - | Unknown |
| | | Claims asserted in litigation entitled Wolf Mountain Resorts, L.C. v. Boies, Schiller & Flexner, Third Judicial District, Summit County, State of Utah (Utah state court), Case No.090907036, including, without limitation, claims for breach of fiduciary duty, breach of settlement agreement, and for declaratory relief. | - | Unknown |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |

Sub-Total >                     0.00
(Total of this page)

Sheet    5    of    6    continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re     WOLF MOUNTAIN RESORTS, L.C., a Utah limited liability company       Case No.   2:11-bk-30162-PC
                                                                Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | | Commercially harvestable timber on debtor's real property | - | Unknown |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > | 0.00 |
| (Total of this page) | |
| Total > | 158,557,760.01 |

Sheet  _6_  of  _6_  continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6D (Official Form 6D) (12/07)

In re    WOLF MOUNTAIN RESORTS, L.C., a Utah limited liability company    Case No.  2:11-bk-30162-PC

Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. | | | | | Writ of Attachment | | | | | |
| ASC Utah, Inc. dba The Canyons 4000 The Canyons Resort Drive Park City, UT 84098 | - | | | | Approximately 60 parcels of commercial real property located in Summit and Salt Lake Counties, Utah. The property is currently used primarily as a commercial recreation area (ski and summer resort), and is currently known as "The Canyons." | X | | X | | |
| | | | | | Value $         100,000,000.00 | | | | 55,000,000.00 | 0.00 |
| Account No. | | | | | Mechanic's Lien | | | | | |
| Brundage Bone Concrete Pumping Attn: Jamie Nielsen 700 South 350 Pleasant Grove, UT 84062 | X | - | | | Approximately 60 parcels of commercial real property located in Summit and Salt Lake Counties, Utah. The property is currently used primarily as a commercial recreation area (ski and summer resort), and is currently known as "The Canyons." | X | | X | | |
| | | | | | Value $         100,000,000.00 | | | | 2,686.04 | 0.00 |
| Account No. | | | | | Mechanic's Lien | | | | | |
| Build, Inc. Attn: Erik Hendriksen 5190 West 700 South Salt Lake City, UT 84104 | X | - | | | Approximately 60 parcels of commercial real property located in Summit and Salt Lake Counties, Utah. The property is currently used primarily as a commercial recreation area (ski and summer resort), and is currently known as "The Canyons." | X | | X | | |
| | | | | | Value $         100,000,000.00 | | | | 39,529.44 | 0.00 |
| Account No. | | | | | Mechanic's Lien | | | | | |
| Highland Excavating, Inc. Attn: Ryan M. Nord 222 South Main Street Suite 1800 Salt Lake City, UT 84101 | X | - | | | Approximately 60 parcels of commercial real property located in Summit and Salt Lake Counties, Utah. The property is currently used primarily as a commercial recreation area (ski and summer resort), and is currently known as "The Canyons." | X | | X | | |
| | | | | | Value $         100,000,000.00 | | | | 69,486.12 | 0.00 |
|   1   continuation sheets attached | | | | | Subtotal (Total of this page) | | | | 55,111,701.60 | 0.00 |

B6D (Official Form 6D) (12/07) - Cont.

In re    WOLF MOUNTAIN RESORTS, L.C., a Utah limited liability company                     Case No.   2:11-bk-30162-PC
_____        _____
                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Mechanic's Lien | | | | | |
| Kilgoe Companies LLC PO Box 869 Magna, UT 84044 | X | - | Approximately 60 parcels of commercial real property located in Summit and Salt Lake Counties, Utah. The property is currently used primarily as a commercial recreation area (ski and summer resort), and is currently known as "The Canyons." | X | | X | | |
| | | | Value $           100,000,000.00 | | | | 33,367.70 | 0.00 |
| Account No. | | | 2009 to 5/2011 | | | | | |
| Kirton & McConkie, P.C. Attn: David M. Wahlquist, Esq. 60 East South Temple Salt Lake City, UT 84111 | | - | Non-Purchase Money Security Interest (UCC-1)  Personal property | | | | | |
| | | | Value $           0.00 | | | | 827,000.00 | Unknown |
| Account No. | | | Mechanic's Lien | | | | | |
| Olympus Construction, LLC Attn: Karl Andreason 2143 Aerie Heights Cove Sandy, UT 84092 | X | - | Approximately 60 parcels of commercial real property located in Summit and Salt Lake Counties, Utah. The property is currently used primarily as a commercial recreation area (ski and summer resort), and is currently known as "The Canyons." | X | | X | | |
| | | | Value $           100,000,000.00 | | | | Unknown | 0.00 |
| Account No. | | | Tax lien for 2011 property taxes, including any applicable rollback taxes | | | | | |
| Summit County Attn: David Thomas, Esq. 60 North Main St. Coalville, UT 84017 | X | - | Approximately 60 parcels of commercial real property located in Summit and Salt Lake Counties, Utah. The property is currently used primarily as a commercial recreation area (ski and summer resort), and is currently known as "The Canyons." | | | X | | |
| | | | Value $           100,000,000.00 | | | | Unknown | 0.00 |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |

Sheet  1  of  1   continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 860,367.70 | 0.00 |
| Total (Report on Summary of Schedules) | 55,972,069.30 | 0.00 |

B6E (Official Form 6E) (4/10)

In re    **WOLF MOUNTAIN RESORTS, L.C., a Utah limited liability company**    Case No. __2:11-bk-30162-PC__
_____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community are liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data. .

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☑ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

_____

*Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

                              __2__   continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re    WOLF MOUNTAIN RESORTS, L.C., a Utah limited liability company    Case No.   2:11-bk-30162-PC
_____
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Wages, salaries, and commissions

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | | |
| Account No. | | | | 2009 to 5/2011 | | | | | | |
| Kenneth W. Griswold 1847 Camino Palmero St. Los Angeles, CA 90046 | - | | | Unpaid salary | | | X | | 488,275.00 | |
| | | | | | | | | 500,000.00 | | 11,725.00 |
| Account No. | | | | 4/25/2001 to 5/2011 | | | | | | |
| Paul H. Peters 459 Hana Highway Paia, HI 96779 | - | | | Unpaid salary and unreimbursed expenses | | | | | 8,500.00 | |
| | | | | | | | | 8,500.00 | | 0.00 |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |

Sheet  1  of  2  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | | 496,775.00 |
| (Total of this page) | 508,500.00 | 11,725.00 |

B6E (Official Form 6E) (4/10) - Cont.

In re    WOLF MOUNTAIN RESORTS, L.C., a Utah limited liability company    ,    Case No.    2:11-bk-30162-PC
_____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community |  | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W J | C | | | | | | | |
| Account No. | | | | Notice Only | | | | | | |
| Employment Development Department Bankruptcy Group MIC 92E P.O. Box 826880 Sacramento, CA 94280-0001 | - | | | | | | | | 0.00 | |
| | | | | | | | | 0.00 | | 0.00 |
| Account No. | | | | Notice only | | | | | | |
| Internal Revenue Service PO Box 7346 Philadelphia, PA 19101-7346 | - | | | | | | | | Unknown | |
| | | | | | | | | Unknown | | 0.00 |
| Account No. | | | | Notice Only | | | | | | |
| State of California Franchise Tax Board Bankruptcy Section, MS: A-340 PO Box 2952 Sacramento, CA 95812-2952 | - | | | | | | | | Unknown | |
| | | | | | | | | Unknown | | 0.00 |
| Account No. | | | | Tax Liability | | | | | | |
| Utah State Tax Commission 210 North 1950 West Salt Lake City, UT 84134 | - | | | | | | | | Unknown | |
| | | | | | | | | Unknown | | 0.00 |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |

Sheet  2  of  2   continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | | 0.00 | 0.00 | 0.00 |
|---|---|---|---|---|---|
| | Total | | | 496,775.00 | |
| | (Report on Summary of Schedules) | | 508,500.00 | | 11,725.00 |