**NOT FOR PUBLICATION**

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>WOLF MOUNTAIN RESORTS, L.C.,<br>a Utah limited liability company,<br><br><br><br><br><br>Debtor. | Case No. 2:11-bk-30162-PC<br><br>Chapter 11<br><br>**ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY TO SEEK RELIEF IN UTAH STATE COURT TO EXERCISE SETOFF RIGHTS**<br><br>Date: July 21, 2011<br>Time: 9:30 a.m.<br>Place: United States Bankruptcy Court<br>Courtroom # 1539<br>255 East Temple Street<br>Los Angeles, CA 90012 |

Based upon the findings of fact and conclusions of law set forth in the court's Memorandum Decision of even date herewith, it is hereby

ORDERED that the automatic stay is modified pursuant to 11 U.S.C. § 362(d)(1) to permit: (a) ASC Utah, LLC ("ASCU") to seek relief in the Utah state court in conjunction with Consolidated Case No. 060500297, pending before the Third Judicial District Court in Summit County, State of Utah, to exercise its alleged right of setoff and/or recoupment under applicable Utah state law; (b) the Utah state court to adjudicate ASCU's alleged right of setoff and/or recoupment and the Debtor's defenses thereto; and ( c) ASCU to enforce any right of setoff and/or recoupment determined by the Utah state court to exist with respect to the Judgment, the September 2011 Payment, and any other amounts due between the parties under the Ground Lease, as those terms are defined or used in Memorandum Decision.

Dated: August 7, 2011

PETER H. CARROLL
United States Bankruptcy Judge

| In re: | CHAPTER: |
|---|---|
| Debtor(s). | CASE NUMBER: |

## NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify* __ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY TO SEEK RELIEF IN UTAH STATE COURT TO EXERCISE SETOFF RIGHTS__ was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of __08-08-2011__, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- Asa S Hami    ahami@sulmeyerlaw.com
- Mark S Horoupian    mhoroupian@sulmeyerlaw.com, kfox@sulmeyerlaw.com
- David S Kupetz    dkupetz@sulmeyerlaw.com, jbartlett@sulmeyerlaw.com
- Kenneth G Lau    kenneth.g.lau@usdoj.gov
- Queenie K Ng    queenie.k.ng@usdoj.gov
- Marcus Tompkins    mtompkins@sulmeyerlaw.com, jbartlett@sulmeyerlaw.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Scott H Yun    syun@stutman.com

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

David M Wahlquist
Kirton & McConkie PC
1800 Eagle Gate Tower
60 E South Temple
Salt Lake City, UT 84111

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 9021-1.1